Richard A. Smith
Claire E. Tonry
SMITH & LOWNEY, PLLC
2317 East John Street
Seattle, Washington 98112
(206) 860-2883

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PUGET SOUNDKEEPER ALLIANCE,           )
                                      )
                    Plaintiff,        )
                                      )
v.                                    )          COMPLAINT
                                      )
PIERCE COUNTY RECYCLING,              )
COMPOSTING AND DISPOSAL, LLC          )
d/b/a/ LRI; and WASTE CONNECTIONS     )
OF WASHINGTON, INC.                   )
                                      )
                    Defendants.       )
_____   )

## I.      INTRODUCTION

1.      This action is a citizen suit brought under Section 505 of the Clean Water Act

("CWA") as amended, 33 U.S.C. § 1365.  Plaintiff Puget Soundkeeper Alliance seeks a

declaratory judgment, injunctive relief, the imposition of civil penalties, and the award of costs,

including attorneys' and expert witnesses' fees, for Defendants Pierce County Recycling,

Composting and Disposal LLC's (d/b/a/ LRI), and Waste Connections of Washington, Inc.'s,

repeated and ongoing violations of Sections 301(a) and 402 of the CWA, 33 U.S.C. §§ 1311(a)

and 1342, and the terms and conditions of National Pollutant Discharge Elimination System

COMPLAINT - 1

1
2

("NPDES") permits authorizing discharges of pollutants from Defendants' Graham, Washington, landfill facility to navigable waters.

## II.     JURISDICTION AND VENUE

3
4
5
6
7

2.      The Court has subject matter jurisdiction over Plaintiff's claims under Section 505(a) of the CWA, 33 U.S.C. § 1365(a).  Sections 309(d) and 505(a) and (d) of the CWA, 33 U.S.C. §§ 1319(d) and 1365(a) and (d) authorize the relief Plaintiff requests.

8
9
10
11
12
13
14
15
16
17

3.      Under Section 505 (b)(1)(A) of the CWA, 33 U.S.C. § 1365(b)(1)(A), Plaintiff notified Defendants of Defendants' violations of the CWA and of Plaintiff's intent to sue under the CWA by letter dated July 7, 2017 and delivered July 10, 2017.  A copy of the Notice Letter is attached to this complaint as <u>Exhibit 1</u>.  The allegations in the Notice Letter are incorporated herein by this reference.  Plaintiff notified the Defendants' Registered Agents, the Administrator of the United States Environmental Protection Agency ("U.S. EPA"), the Administrator of U.S. EPA Region 10, and the Director of the Washington Department of Ecology ("WDOE") of its intent to sue Defendants by mailing copies of the Notice Letter to these officials on July 7, 2017.

18
19
20
21
22
23

4.      More than sixty days have passed since the Notice Letter was served and the violations complained of in the Notice Letter are continuing or are reasonably likely to continue to occur.  Defendants are in violation of NPDES permits, and the CWA.  Neither the U.S. EPA nor the WDOE has commenced any action constituting diligent prosecution to redress these violations.

24
25
26
27
28

5.      The source of the violations complained of is located in Pierce County, Washington, within the Western District of Washington, and venue is therefore appropriate in the Western District of Washington pursuant to Section 505(c)(1) of the CWA, 33 U.S.C. § 1365(c)(1), and 28 U.S.C. § 1391(b).

29

COMPLAINT - 2

### III.   PARTIES

6.     Plaintiff, Puget Soundkeeper Alliance, is suing on behalf of itself and its member(s).  Puget Soundkeeper Alliance is a non-profit corporation registered in the State of Washington.  Puget Soundkeeper Alliance is a membership organization and has at least one member who is injured by Defendants' violations.  Puget Soundkeeper Alliance is dedicated to protecting and preserving Puget Sound by tracking down and stopping toxic pollution entering its waters.

7.     Plaintiff has representational standing to bring this action.  Puget Soundkeeper Alliance's members are reasonably concerned about the effects of discharges of PCBs, metals, turbidity, solids, nutrients, and oxygen-demanding substances from Defendants' facility on aquatic species and wildlife that Plaintiff's members observe and enjoy.  In addition, discharges of pollutants from Defendants' facility lessen Puget Soundkeeper Alliance's members' aesthetic enjoyment of nearby areas.  As a result, Puget Soundkeeper Alliance's members use Muck (South) Creek, and the area near Defendants' facility less than they otherwise would.  The recreational, economic, aesthetic and/or health interests of Puget Soundkeeper Alliance and its member(s) have been, are being, and will be adversely affected by Defendants' violations of the CWA.  The relief sought in this lawsuit can redress the injuries to these interests.

8.     Plaintiff has organizational standing to bring this action.  Plaintiff has been actively engaged in a variety of educational and advocacy efforts to improve water quality and to address sources of water quality degradation in the waters of Puget Sound and its tributaries, which include Muck Creek and the Nisqually River.  Defendants have failed to fulfill monitoring, recordkeeping, reporting, and planning requirements, among others, necessary for compliance with the NPDES permits and the CWA.  As a result, Plaintiff is deprived of

COMPLAINT - 3

Smith & Lowney, p.l.l.c.
2317 East John Street
Seattle, Washington 98112
(206) 860-2883

information necessary to properly serve its members by providing information and taking appropriate action, and Plaintiff's efforts to educate and advocate for greater environmental protection for the benefit of its members are obstructed.  Plaintiff and the public are deprived of information that influences members of the public to become members of Puget Soundkeeper Alliance, thereby reducing Puget Soundkeeper Alliance's membership numbers.  Thus, Plaintiff's organizational interests have been adversely affected by Defendants' violations. These injuries are fairly traceable to Defendants' violations and redressable by the Court.

9.      Defendant Pierce County Recycling, Composting and Disposal LLC (d/b/a/ LRI), (hereinafter "LRI") is a Washington corporation authorized to conduct business under the laws of the State.

10.      Defendant Waste Connections of Washington, Inc. is a Washington corporation authorized to conduct business under the laws of the State.

11.      Defendant Waste Connections of Washington, Inc. owns LRI.

12.      Defendants own and operate a landfill facility located at or about 30919 Meridian E., Graham, WA 98338 (the "Landfill" or "Facility").

## IV.      LEGAL & FACTUAL BACKGROUND

13.      Section 301(a) of the CWA, 33 U.S.C. § 1311(a), prohibits the discharge of pollutants by any person, unless in compliance with the provisions of the CWA.  Section 301(a) prohibits, *inter alia*, such discharges not authorized by, or in violation of, the terms of a NPDES permit issued pursuant to Section 402 of the CWA, 33 U.S.C. § 1342.

14.      The State of Washington has established a federally approved state NPDES program administered by the WDOE.  Wash. Rev. Code § 90.48.260; Wash. Admin. Code ch.

COMPLAINT - 4

173-220.  This program was approved by the Administrator of the U.S. EPA pursuant to 33 U.S.C. § 1342(b).

15.     Defendants' facility discharges process waste water, landfill leachate, concrete, oil, and other pollutants to Muck (South) Creek and its unnamed tributary and the unnamed wetlands adjacent to the Facility via point sources, including landfill seeps, pipes, ditches, and channels. These discharges of process waste water, landfill leachate, concrete, and oil are not authorized by any NPDES permit that Defendants hold.

16.     Muck (South) Creek and its unnamed tributary and the unnamed wetlands adjacent to the Facility are waters of the United States subject to jurisdiction under the CWA.

**Washington's Industrial Stormwater General Permits**

17.     The WDOE has repeatedly issued the Industrial Stormwater General Permit ("Permit") under Section 402(a) of the CWA, 33 U.S.C. § 1342(a), including on October 21, 2009, effective January 1, 2010, modified May 16, 2012 (the "2010 ISGP"), and most recently on December 3, 2014, effective January 2, 2015 (the "2015 ISGP").  The 2010 ISGP and the 2015 ISGPs (collectively, "the ISGPs") contain substantially similar requirements and authorize those that obtain coverage thereunder to discharge stormwater associated with industrial activity, a pollutant under the CWA, and other pollutants contained in the stormwater to the waters of the State subject to certain terms and conditions.

18.     The ISGPs impose certain terms and conditions on those covered thereby, including monitoring and sampling of discharges, reporting and recordkeeping requirements, as well as restrictions on the quality of stormwater discharges.  To reduce and eliminate pollutant concentrations in stormwater discharges, the ISGPs require, among other things, that permittees develop and implement best management practices ("BMPs") and a Stormwater Pollution

COMPLAINT - 5

Prevention Plan ("SWPPP"), and apply all known, available, and reasonable methods of prevention, control, and treatment ("AKART") to discharges. When a permittee's stormwater discharge exceeds benchmark values for concentrations of certain pollutants (and action levels for concentrations of certain pollutants in a previous version of the ISGP), the ISGPs require the permittee to complete the applicable Level 1, 2, or 3 corrective action requirements. The ISGPs also impose numeric effluent limitations on discharges from the Landfill. The specific terms and conditions of the ISGPs are described in detail in the Notice Letter, attached hereto as <u>Exhibit 1</u> and incorporated herein by this reference.

19. Pursuant to Condition S2 of the ISGPs, Defendant LRI filed with the WDOE an Application for General Permit to Discharge Stormwater Associated with Industrial Activity. WDOE granted the Facility coverage under the ISGP under Permit Number WAR002557.

20. Defendants' Facility is engaged in industrial activity, including landfill operations, and discharges stormwater associated with industrial activity and other pollutants to Muck (South) Creek and its unnamed tributary and the unnamed wetlands adjacent to the Facility.

21. Defendants discharge stormwater from the Facility in excess of the ISGP benchmarks and numeric effluent limits each day during which there is 0.1 inch or greater precipitation, including the days on which it collected samples identified in Table 1:

COMPLAINT - 6

**Table 1**

| Sample Date | Turbidity (Benchmark: 25 nephelometric turbidity units ("NTU")) | TSS (Average monthly limit: 27 mg/L; Maximum daily limit: 88 mg/L | Copper (Benchmark 14 µg/L) | Zinc (Benchmark 117 µg/L; Average monthly limit: 110 µg/L; Maximum daily limit: 200 µg/L) |
|---|---|---|---|---|
| 10/29/2012 | | | 24 µg/L | 180 µg/L |
| 3rd Quarter (September) 2013 | 48 mg/L | 32 mg/L (average) | | 117 |
| 9/6/2013 | | | 18 | 190 |
| 10/1/2013 | | | 24 | 120 |
| 11/2/2015 | 92 | | | |
| 1/13/2016 | 36 | | | |
| 1/19/2016 | | | 41 | |
| January, 2016 | | | | 170 |
| 10/13/2016 | | | 5,100 | 37,000 |
| 10/17/2016 | 121 | | 20 | 130 |
| 10/20/2016 | | 5,600 | 1,500 | 14,000 |
| 10/24/2016 | 91 | | | |
| October, 2016 | | 43.7 (average) | | |
| 11/7/2016 | 55 | | | |
| 11/14/2016 | 39 | | | |

COMPLAINT - 7

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29

22.     Discharges from the Facility also contain elevated levels of PCBs, lead, selenium, chromium, and arsenic, as shown by samples that Tacoma/Pierce County Health Department collected on or about October 13 and 20, 2016.

23.     Defendants have violated the ISGPs and Sections 301(a) and 402 of the CWA, 33 U.S.C. §§ 1311(a) and 1342, by discharging pollutants from the Facility in violation of an NPDES Permit.  In particular and among the other violations described in the Notice Letter attached as Exhibit 1, Defendants have caused or contributed to violations of water quality standards for turbidity, toxic substances, and aesthetic criteria in Muck Creek, its tributary, and the unnamed wetlands adjacent to the Facility, and such violations have occurred each and every day during the last five years on which there was 0.1 inch or more of precipitation at the Facility, and continue to occur. Further, Defendants have failed to (a) implement BMPs that constitute all known, available, and reasonable methods of prevention, control, and treatment for stormwater discharges; (b) implement BMPs to control stormwater quality as required by the ISGPs; (c) prepare a SWPPP that specifies adequate pollution controls; (d) collect and submit accurate quarterly discharge monitoring information; (e) sample each distinct point of discharge or document why doing so is unnecessary; and (f) prevent illicit discharges.

**Washington's Construction Stormwater General Permits**

24.     The WDOE has repeatedly issued the Construction Stormwater General Permit ("CSGP") under Section 402(a) of the CWA, 33 U.S.C. § 1342(a), including on December 1, 2010, effective January 1, 2011 through December 31, 2015 (the "2011 CSGP"), and most recently on November 18, 2015, effective January 1, 2016, as modified by a modification effective May 5, 2017, and set to expire on December 31, 2020 (the "2016 CSGP").  The 2011 CSGP and 2016 CSGP (collectively, "the CSGPs") contain substantially similar requirements

COMPLAINT - 8

and authorize those that obtain coverage thereunder to discharge stormwater associated with industrial construction activity, (which stormwater is a pollutant under the CWA), and other pollutants contained in the stormwater to the waters of the State subject to certain terms and conditions.

25.    The CSGPs impose certain terms and conditions on those covered thereby, including monitoring and sampling of discharges, reporting and recordkeeping requirements, as well as restrictions on the quality of stormwater discharges.  To reduce and eliminate pollutant concentrations in stormwater discharges, the CSGPs require, among other things, that permittees develop and implement BMPs and a SWPPP, and apply AKART to discharges. The CSGPs require permittees to take actions in response to discharges in excess of the turbidity benchmark of 25 NTU, including making appropriate revisions to the SWPPP within seven days of the date the discharge that exceeded the benchmark, immediately beginning the process to fully implement appropriate BMPs, and fully implementing and maintaining appropriate source control and/or treatment BMPs as soon as possible, addressing the problems within ten days of the date the discharge exceeded the benchmark. The CSGPs also prohibit discharges that cause or contribute to violations of water quality standards.  The specific terms and conditions of the CSGPs are described in detail in the Notice Letter, attached hereto as Exhibit 1 and incorporated herein by this reference.

26.    WDOE granted the Facility coverage under the CSGP under Permit Number WAR002603.

27.    Defendants' Facility is engaged in industrial construction activity, including landfill construction and general grading, and discharges stormwater associated with that

COMPLAINT - 9

constriction activity and other pollutants to Muck (South) Creek and its unnamed tributary and the unnamed wetlands adjacent to the Facility.

28.     Defendants discharge turbidity in excess of the CSGP benchmark, including on the days on which they collected the samples identified in Table 2:

**Table 2**

| Date | Turbidity measured (Benchmark: 25 NTU) |
|---|---|
| 9/6/2013 | 89 NTU |
| 9/7/2013 | 101 |
| 9/30/2013 | 85 |
| 10/1/2013 | 88 |
| 10/2/2013 | 48 |
| 10/27/2014 | 41 |
| 11/2/2015 | 92 |
| 01/13/2016 | 36 |
| 10/17/2016 | 121 |
| 10/24/2016 | 91 |
| 11/7/2016 | 55 |
| 11/14/2016 | 39 |

Discharges from the Facility also contain non-neutral pH, as shown by the 6.4 pH measured in discharge samples collected on April 26, 2012 and January 13, 2016.

COMPLAINT - 10

29.     Defendants have violated the CSGPs and Sections 301(a) and 402 of the CWA, 33 U.S.C. §§ 1311(a) and 1342, by discharging pollutants from the Facility in violation of an NPDES Permit.  In particular and among the other violations described in the Notice Letter attached as <u>Exhibit 1</u>, discharges from the Facility cause and/or contribute to violations of water quality standards for pH, turbidity and aesthetic criteria in Muck Creek, its tributary, and the unnamed wetlands adjacent to the Facility, and have occurred each and every day during the last five years on which there was 0.1 inch or more of precipitation.  Further, Defendants have failed to (a) implement BMPs that constitute all known, available, and reasonable methods of prevention, control, and treatment for stormwater discharges; (b) implement BMPs to control stormwater quality as required by the CSGPs; (c) prepare a SWPPP that specifies adequate pollution controls; (d) take timely corrective actions in response to the turbidity benchmark exceedances identified in Table 2; (e) collect and submit accurate discharge monitoring information as required; and (f) prevent illicit discharges.

**Consequences of Defendants' Violations**

30.     Defendants have benefited economically as a consequence of their violations of the NPDES permits and CWA and their failure to implement pollution controls at the Facility.

31.      Defendants' violations of the CWA at the Facility degrade the environment and the water quality of the receiving water bodies.

32.     Defendants' violations at the Facility were avoidable had Defendants been diligent in overseeing facility operations and maintenance.

33.     Defendants have a history of significant violations similar to those alleged herein, at the Facility and other facilities they operate.

COMPLAINT - 11

34.     A significant penalty should be imposed against Defendants pursuant to the penalty factors set forth in 33 U.S.C. § 1319(d).

35.     Defendants and their parent company are profitable business enterprises. Defendants can afford to pay a significant penalty and such penalty is required to meet the deterrence goals of the CWA's penalty factors and to disgorge Defendants of the economic advantage they have received through their avoidance of expenditures necessary for compliance.

36.     The violations committed by Defendants are ongoing or are reasonably likely to continue to occur.  Any and all additional violations of the NPDES Permits and the CWA which occur after those described in Plaintiff's Notice Letter but before a final decision in this action should be considered continuing violations subject to this Complaint.

37.     Without the imposition of appropriate civil penalties and the issuance of an injunction, Defendants are likely to continue to violate the NPDES Permits and the CWA to the further injury of the Plaintiff, its member(s) and others.

38.     A copy of this Complaint is being served upon the Attorney General of the United States and the Administrator of the U.S. EPA as required by 33 U.S.C. § 1365(c)(3).

## V.     FIRST CAUSE OF ACTION
### (Industrial Stormwater General Permit Violations)

39.     The preceding paragraphs and the allegations in the Notice Letter are incorporated herein.

40.     Defendants have violated the Industrial Stormwater General Permits.

41.     Defendants' violations of the Industrial Stormwater General Permits described herein and in the Notice Letter constitute violations of sections 301 and 402 of the CWA, 33 U.S.C. §§ 1311 and 1342, and violations of "effluent standard(s) or limitation(s)" as defined by section 505, 33 U.S.C. § 1365.

COMPLAINT - 12

## VI.    SECOND CAUSE OF ACTION
### (Construction Stormwater General Permit Violations))

42.    The preceding paragraphs and the allegations in the Notice Letter are incorporated herein.

43.    Defendants have violated the Construction Stormwater General Permits.

44.    Defendants' violations of the Construction Stormwater General Permits described herein and in the Notice Letter constitute violations of sections 301 and 402 of the CWA, 33 U.S.C. §§ 1311 and 1342, and violations of "effluent standard(s) or limitation(s)" as defined by section 505, 33 U.S.C. § 1365.

## VII.    THIRD CAUSE OF ACTION

### (Unpermitted Discharge)

45.    The preceding paragraphs and the allegations in the Notice Letter are incorporated herein.

46.    Defendants' discharge of process waste water, landfill leachate, concrete, and oil to Muck (South) Creek and its unnamed tributary and the unnamed wetlands adjacent to the Facility via point sources, including landfill seeps, pipes, ditches, and channels. without authorization by NPDES permit described herein and in the Notice Letter, constitute violations of Sections 301 of the Clean Water Act, 33 U.S.C. § 1311, and violations of "effluent standard(s) or limitation(s)" as defined by section 505, 33 U.S.C. § 1365.

47.    The violations committed by Defendants are ongoing or are reasonably likely to continue to occur.  Defendants have not obtained or come into compliance with a NPDES permit authorizing discharges of process waste water, landfill leachate, concrete, or oil from the Facility.

COMPLAINT - 13

SMITH & LOWNEY, P.L.L.C.
2317 EAST JOHN STREET
SEATTLE, WASHINGTON 98112
(206) 860-2883

1

2

## VIII.   RELIEF REQUESTED

Wherefore, Plaintiff respectfully requests that this Court grant the following relief:

3

4

A.      Issue a declaratory judgment that Defendants have violated and continue to be in

5

violation of the Industrial Stormwater General Permit, the Construction Stormwater General

6

Permit, and Sections 301 and 402 of the CWA, 33 U.S.C. §§ 1311 and 1342;

7

B.      Enjoin Defendants from operating the Facility in a manner that results in further

8

violations of the NPDES permits and the CWA;

9

10

C.      Order Defendants to immediately implement a plan for achieving compliance

with the CWA at the Facility, and to provide Plaintiff with a copy of the plan;

11

12

D.      Order Defendants to allow Plaintiff to participate in the development and

13

implementation of Defendants' plan to achieve compliance with the CWA;

14

E.      Order Defendants to provide Plaintiff, for a period beginning on the date of the

15

Court's Order and running for three years after Defendants achieve compliance with all of the

16

conditions of the NPDES permits, with copies of all reports and other documents which

17

Defendants submits to the U.S. EPA or to the WDOE regarding Defendants' coverage under

18

19

NPDES permits at the Facility at the time such documents are submitted to these authorities;

20

F.      Order Defendants to take specific actions to remediate the environmental harm

21

caused by their violations;

22

23

G.      Order Defendants to pay civil penalties of $37,500.00 per day of violation for

24

each violation committed by Defendants through November 2, 2015, and $52,414 per day

25

thereafter, pursuant to Sections 309(d) and 505(a) of the CWA, 33 U.S.C. §§ 1319(d) and

26

1365(a), and 40 C.F.R. § 19;

27

28

29

COMPLAINT - 14

H.      Award Plaintiff its litigation expenses, including reasonable attorneys' and expert witness fees, as authorized by Section 505(d) of the CWA, 33 U.S.C. § 1365(d), and any other applicable authorization; and

I.      Award such other relief as this Court deems appropriate.

RESPECTFULLY SUBMITTED this 11th day of September, 2017.

Smith & Lowney, pllc

By:      /s/ Richard A. Smith
         Richard A. Smith, WSBA No. 21788
By:      /s/ Claire E. Tonry
         Claire E. Tonry, WSBA No. 44497

Attorneys for Plaintiff
2317 E. John St.
Seattle, WA 98112
Tel: (206) 860-2883
Fax: (206) 860-4187
E-mail: richard@smithandlowney.com; claire@smithandlowney.com

COMPLAINT - 15

EXHIBIT 1

# SMITH & LOWNEY, P.L.L.C.
### 2317 EAST JOHN STREET
### SEATTLE, WASHINGTON 98112
### (206) 860-2883, Fax (206) 860-4187

July 7, 2017

**Via Certified Mail - Return Receipt Requested**
Managing Agent
Pierce County Recycling, Composting and Disposal, LLC d/b/a/ LRI
17925 Meridian Street East
Puyallup, WA 98375

**Via Certified Mail - Return Receipt Requested**
Managing Agent
Pierce County Recycling, Composting and Disposal, LLC d/b/a/ LRI
30919 Meridian Street East
Graham, WA 98338

**Via Certified Mail - Return Receipt Requested**
Waste Connections of Washington, Inc.
12115 NE 99th Street, Suite 1830
Vancouver, WA 98682

**Via Certified Mail - Return Receipt Requested**
Waste Connections US, Inc.
3 Waterway Square Pl., #110
The Woodlands, TX 77380

Re:   **NOTICE OF INTENT TO SUE UNDER THE CLEAN WATER ACT AND
      REQUEST FOR COPIES OF STORMWATER POLLUTION PREVENTION
      PLANS**

Dear Managing Agent:

       We represent Puget Soundkeeper Alliance ("Soundkeeper"), 130 Nickerson St. #107,
Seattle, WA 98109, (206) 297-7002.  Any response or correspondence related to this matter
should be directed to us at the letterhead address.  This letter is to provide you with sixty
days' notice of Puget Soundkeeper Alliance's intent to file a citizen suit against Pierce County
Recycling, Composting and Disposal, LLC d/b/a/ LRI, Waste Connections of Washington,
Inc., and Waste Connections US, Inc. (collectively referred to as "LRI") under section 505 of
the Clean Water Act ("CWA"), 33 U.S.C. § 1365, for the violations described below.  This
letter is also a request for a copy of the complete and current stormwater pollution prevention
plans ("SWPPPs") required by LRI's National Pollution Discharge Elimination System
("NPDES") permits.

LRI was granted coverage under Washington's Industrial Stormwater General Permit issued by the Washington Department of Ecology ("Ecology") on October 21, 2009, effective January 1, 2010, modified May 16, 2012, effective July 1, 2012, through January 1, 2015, under National Pollutant Discharge Elimination System Permit No. WAR002557 (the "2010 ISGP"). Ecology granted LRI coverage under the current iteration of the Industrial Stormwater General Permit, issued by Ecology on December 3, 2014, effective January 2, 2015, and set to expire on December 31, 2019 (the "2015 ISGP") and maintains the same permit number, WAR002557. The 2010 and 2015 ISGP are collectively referred to in this letter as the "ISGPs."

LRI was also granted coverage under Washington's Construction Stormwater General Permit issued by Ecology on December 1, 2010, effective January 1, 2011 through December 31, 2015, under National Pollutant Discharge Elimination System Permit No. WAR002603 (the "2011 CSGP"). Ecology granted LRI coverage under the current iteration of the Construction Stormwater General Permit, issued by Ecology on November 18, 2015, effective January 1, 2016, as modified by a modification effective May 5, 2017, and set to expire on December 31, 2020 (the "2016 CSGP") and maintains the same permit number, WAR002603. LRI's most recent application for renewal of CSGP coverage, dated July 7, 2015, identifies the project as the "LRI 304th Street Landfill," located at 30919 Meridian E., Graham, WA 98338, and describes the type of construction activity as "landfill construction and general grading," with a total site/project size of 168 acres, beginning in 1999 and estimated to be complete on December 31, 2044.

LRI has violated and continues to violate the CWA (see Sections 301 and 402 of the CWA, 33 USC §§ 1311 and 1342) and the terms and conditions of the 2010 ISGP, the 2015 ISGP, the 2011 GSGP, and the 2016 CSGP (collectively, the "Permits") with respect to operations of, and discharges of stormwater and pollutants from, its facility located at or about 30919 Meridian Street East, Graham, WA 98338 (the "facility") as described herein, to Muck Creek (also known as South Creek), an unnamed pond and tributary to Muck (South) Creek located between the northeast corner of the facility landfill and Muck (South) Creek, unnamed wetlands adjacent to and surrounding the facility, and unnamed wetlands that are adjacent to Muck (South) Creek, including mitigation wetlands constructed by LRI. The facility subject to this notice includes any contiguous or adjacent properties owned or operated by LRI.

1.   **VIOLATIONS OF THE ISGPs**

   1.   **COMPLIANCE WITH STANDARDS.**

      A.   **Violations of Water Quality Standards.**

Condition S10.A of the ISGPs prohibits discharges that cause or contribute to violations of water quality standards. Water quality standards are the foundation of the CWA and Washington's efforts to protect clean water. In particular, water quality standards represent the U.S. Environmental Protection Agency ("EPA") and Ecology's determination, based on scientific studies, of the thresholds at which pollution starts to cause significant adverse effects on fish or other beneficial uses. For each water body in Washington, Ecology

designates the "beneficial uses" that must be protected through the adoption of water quality standards.

A discharger must comply with both narrative and numeric criteria water quality standards.  WAC 173-201A-010; WAC 173-201A-510 ("No waste discharge permit can be issued that causes or contributes to a violation of water quality criteria, except as provided for in this chapter.").  Narrative water quality standards provide legal mandates that supplement the numeric criteria.  Furthermore, the narrative water quality standard applies with equal force even if Ecology has established a numeric water quality standard.  Specifically, Condition S10.A of the ISGPs require that LRI's discharges not cause or contribute to an excursion of Washington State water quality standards.

LRI discharges to Muck (South) Creek, including via an unnamed tributary, and unnamed wetlands adjacent to the facility.  LRI discharges stormwater that contains elevated levels of turbidity, total suspended solids (TSS), copper, and zinc, as indicated in the table of benchmark and numeric effluent limit excursions below (Table 1).

**Table 1**

| Sample Date | Turbidity (Benchmark: 25 NTU) | TSS (Average monthly limit: 27 mg/L; Maximum daily limit: 88 mg/L | Copper (Benchmark 14 µg/L) | Zinc (Benchmark 117 µg/L; Average monthly limit: 110 µg/L; Maximum daily limit: 200 µg/L) |
|---|---|---|---|---|
| 10/29/2012 | | | 24 µg/L | 180 µg/L |
| 3rd Quarter (September) 2013 | 48 mg/L | 32 mg/L (average) | | 117 |
| 9/6/2013 | | | 18 | 190 |
| 10/1/2013 | | | 24 | 120 |
| 11/2/2015 | 92 | | | |
| 1/13/2016 | 36 | | | |
| 1/19/2016 | | | 41 | |
| January, 2016 | | | | 170 |
| 10/13/2016 | | | 5,100 | 37,000 |
| 10/17/2016 | 121 | | 20 | 130 |
| 10/20/2016 | | 5,600 | 1,500 | 14,000 |
| 10/24/2016 | 91 | | | |
| October, 2016 | | 43.7 (average) | | |
| 11/7/2016 | 55 | | | |
| 11/14/2016 | 39 | | | |

In addition, LRI's discharges contain elevated levels of PCBs, lead, selenium, chromium, and arsenic, as shown by samples that Tacoma/Pierce County Health Department

collected on or about October 13 and 20, 2016.  These discharges cause and/or contribute to violations of water quality standards for turbidity, toxic substances, and aesthetic criteria in Muck Creek, its tributary, and the unnamed wetlands adjacent to the facility, and have occurred each and every day during the last five years on which there was 0.1 inch or more of precipitation, and continue to occur.  *See* WAC 173-201A-200, WAC 173-201A-240, WAC 173-201A-260.  Precipitation data from Joint Base Lewis McChord is appended to this notice of intent to sue and identifies these days.

> **B.** **Compliance with Standards**.

Condition S10.C of the ISGPs requires LRI to apply all known and reasonable methods of prevention, control and treatment ("AKART") to all discharges, including preparation and implementation of an adequate SWPPP and best management practices ("BMPs").  LRI has violated and continues to violate these conditions by failing to apply AKART to its discharges or to implement an adequate SWPPP and BMPs as evidenced by the elevated levels of pollutants in its discharge indicated in Table 1 and as described below in this notice of intent to sue.

Condition S1.A of the ISGPs requires that all discharges and activities authorized be consistent with the terms and conditions of the ISGPs.  LRI has violated these conditions by discharging and acting inconsistent with the conditions of the ISGPs as described in this notice of intent to sue.

> **2.** **STORMWATER POLLUTION PREVENTION PLAN VIOLATIONS.**

LRI is in violation of the ISGPs' SWPPP provisions as follows:

A. Condition S3.A.1 of the ISGPs requires LRI to develop and implement a SWPPP as specified.  Condition S3.A.2 of the ISGPs require the SWPPP to specify BMPs necessary to provide AKART and ensure that discharges do not cause or contribute to violations of water quality standards.  LRI has violated these requirements of the ISGPs each and every day during the last five years and continues to violate them as it has failed to prepare and/or implement a SWPPP that includes AKART BMPs and BMPs necessary to comply with state water quality standards.

B. Condition S3.A of the ISGPs requires LRI to have and implement a SWPPP that is consistent with permit requirements, fully implemented as directed by permit conditions, and updated as necessary to maintain compliance with permit conditions.  LRI has violated these requirements of the ISGPs each and every day during the last five years and continues to violate them because its SWPPP is not consistent with permit requirements, has not been fully implemented and has not been updated as necessary.

C. The SWPPP fails to satisfy the requirements of Condition S3 of the ISGPs because it does not adequately describe BMPs.  Condition S3.B.4 of the ISGPs require that the SWPPP include a description of the BMPs that are necessary for the facility to eliminate or reduce the potential to contaminate stormwater.  Condition S3.A.3 of the ISGPs require

that the SWPPP include BMPs consistent with approved stormwater technical manuals, including the 2014 Stormwater Management Manual for Western Washington (available at http://www.ecy.wa.gov/programs/wq/stormwater/manual.html) or document how stormwater BMPs included in the SWPPP are demonstratively equivalent to the practices contained in the approved stormwater technical manuals, including the proper selection, implementation, and maintenance of all applicable and appropriate BMPs.  LRI's SWPPP does not comply with these requirements because it does not adequately describe BMPs and does not include BMPs consistent with approved stormwater technical manuals nor does it include BMPs that are demonstratively equivalent to such BMPs with documentation of BMP adequacy.

D.  LRI's SWPPP fails to satisfy the requirements of Condition S3.B.2 of the ISGPs because it fails to include a facility assessment as mandated.  The SWPPP fails to include an adequate facility assessment because it does not describe the industrial activities conducted at the site, the general layout of the facility including buildings and storage of raw materials, the flow of materials through the facility, regular business hours and seasonal variations in business hours or in industrial activities as required.

E.  LRI's SWPPP fails to satisfy the requirements of Condition S3.B.1 of the ISGPs because it does not include a site map that identifies significant features, the stormwater drainage and discharge structures, the stormwater drainage areas for each stormwater discharge point off-site, a unique identifying number for each discharge point, each sampling location with a unique identifying number, paved areas and buildings, areas of pollutant contact associated with specific industrial activities, conditionally approved non-stormwater discharges, surface water locations, areas of existing and potential soil erosion, vehicle maintenance areas, and lands and waters adjacent to the site that may be helpful in identifying discharge points or drainage routes.

F.  LRI's SWPPP fails to comply with Condition S3.B.2.b of the ISGPs because it does not include an inventory of industrial activities that identifies all areas associated with industrial activities that have been or may potentially be sources of pollutants as required.  The SWPPP does not identify all areas associated with loading and unloading of dry bulk materials or liquids, outdoor storage of materials or products, outdoor manufacturing and processing, onsite dust or particulate generating processes, on-site waste treatment, storage, or disposal, vehicle and equipment fueling, maintenance, and/or cleaning, roofs or other surfaces exposed to air emissions from a process area, and roofs or other surfaces composed of materials that may be mobilized by stormwater as required by these conditions.

G.  LRI's SWPPP does not comply with Condition S3.B.2.c of the ISGPs because it does not include an adequate inventory of materials.  The SWPPP does not include an inventory of materials that lists the types of materials handled at the site that potentially may be exposed to precipitation or runoff and that could result in stormwater pollution, a short narrative for material describing the potential for the pollutants to be present in stormwater discharge that is updated when data becomes available to verify the presence or absence of the pollutants, a narrative description of any potential sources of pollutants from past activities, materials and spills that were previously handled, treated, stored, or disposed of in a manner to allow ongoing exposure to stormwater as required.  The SWPPP does not

include the method and location of on-site storage or disposal of such materials and a list of significant spills and significant leaks of toxic or hazardous pollutants as these permit conditions require.

H.  LRI's SWPPP does not comply with Condition S3.B.3 of the ISGPs because it does not identify specific individuals by name or title whose responsibilities include SWPPP development, implementation, maintenance and modification.

I.  Condition S3.B.4 of the 2010 Permit required that permittees include in their SWPPPs and implement certain mandatory BMPs no later than July 1, 2010 unless site conditions render the BMP unnecessary, infeasible, or an alternative and equally effective BMP is provided.  Condition S3.B.4 of the 2015 Permit also requires that permittees include in their SWPPPs and implement mandatory BMPs subject to the same conditions.  LRI is in violation of this requirement because it has failed to include in its SWPPP and implement the mandatory BMPs of the ISGPs.

J.  LRI's SWPPP does not comply with Condition S3.B.4.b.i of the ISGPs because it does not include required operational source control BMPs in the following categories: good housekeeping (including definition of ongoing maintenance and cleanup of areas that may contribute pollutants to stormwater discharges, and a schedule/frequency for each housekeeping task); preventive maintenance (including BMPs to inspect and maintain stormwater drainage, source controls, treatment systems, and plant equipment and systems, and the schedule/frequency for each task); spill prevention and emergency cleanup plan (including BMPs to prevent spills that can contaminate stormwater, for material handling procedures, storage requirements, cleanup equipment and procedures, and spill logs); employee training (including an overview of what is in the SWPPP, how employees make a difference in complying with the SWPPP, spill response procedures, good housekeeping, maintenance requirements, and material management practices, how training will be conducted, the frequency/schedule of training, and a log of the dates on which specific employees received training); inspections and recordkeeping (including documentation of procedures to ensure compliance with permit requirements for inspections and recordkeeping, identification of personnel who conduct inspections, provision of a tracking or follow-up procedure to ensure that a report is prepared and appropriate action taken in response to visual monitoring, definition of how LRI will comply with signature and record retention requirements, and certification of compliance with the SWPPP and Permit).

K.  LRI's SWPPP does not comply with Condition S3.B.4.b.i.7 of the ISGPs because it does not include measures to identify and eliminate the discharge of process wastewater, including landfill leachate, vehicle wash water, domestic wastewater, noncontact cooling water, and other illicit discharges to stormwater sewers, or to surface waters and ground waters of the state.

L.  LRI's SWPPP does not comply with Condition S3.B.4.b.ii of the ISGPs because it does not include required structural source control BMPs to minimize the exposure of manufacturing, processing, and material storage areas to rain, snow, snowmelt, and runoff.

LRI's SWPPP does not comply with Condition S3.B.4.b.iii of the ISGPs because it does not include treatment BMPs as required.

M.  LRI's SWPPP fails to comply with Condition S3.B.4.b.v of the ISGPs because it does not include BMPs to prevent the erosion of soils or other earthen materials and prevent off-site sedimentation and violations of water quality standards.

N.  LRI's SWPPP fails to satisfy the requirements of Condition S3.B.5 of the ISGPs because it fails to include a stormwater sampling plan as required.  The SWPPP does not include a sampling plan that: identifies points of discharge to surface waters, storm sewers, or discrete ground water infiltration locations; documents why each discharge point is not sampled; identifies each sampling point by its unique identifying number; identifies staff responsible for conducting stormwater sampling; specifies procedures for sampling collection and handling; specifies procedures for sending samples to the a laboratory; identifies parameters for analysis, holding times and preservatives, laboratory quantization levels, and analytical methods, and that specifies the procedure for submitting the results to Ecology.

### 3.       MONITORING AND REPORTING VIOLATIONS.

#### A.       Failure to Collect Quarterly Samples.

Condition S4.B of the ISGPs requires LRI to collect a sample of its stormwater discharge once during every calendar quarter.  Condition S4.B.d requires that LRI obtain representative samples.  Conditions S3.B.5.b and S4.B.2.c of the ISGPs require LRI to collect stormwater samples at each distinct point of discharge offsite except for substantially identical outfalls, in which case only one of the substantially identical outfalls must be sampled.  These conditions set forth sample collection criteria, but require the collection of a sample even if the criteria cannot be met.  LRI violated these requirements by failing to collect stormwater samples at any of its discharge points during the third quarters of 2014, 2015, and 2016.

LRI has also violated and continues to violate these conditions because it does not sample each distinct point of discharge off-site, including the discharge from the facility to Muck Creek that is located downstream of the facility's designated or usual sampling location, and the facility's discharge into the unnamed wetlands located upstream of the facility's designated or usual sample location, and because LRI does not collect representative samples of any of its discharges.  These violations have occurred and continue to occur each and every quarter during the last five years that LRI was and is required to sample its stormwater discharges, including the quarters in which it collected stormwater discharge samples from some, but not each, point of discharge.  These violations will continue until LRI commences monitoring all distinct points of discharge.

#### B.       Failure to Comply with Visual Monitoring Requirements.

Condition S7.A of the ISGPs requires that monthly visual inspection be conducted at the facility by qualified personnel.  Each inspection is to include observations made at stormwater sampling locations and areas where stormwater associated with industrial activity

is discharged, observations for the presence of floating materials, visible oil sheen, discoloration, turbidity, odor, etc. in the stormwater discharges, observations for the presence of illicit discharges, a verification that the descriptions of potential pollutant sources required by the permit are accurate, a verification that the site map in the SWPPP reflects current conditions, and an assessment of all BMPs that have been implemented (noting the effectiveness of the BMPs inspected, the locations of BMPs that need maintenance, the reason maintenance is needed and a schedule for maintenance, and locations where additional or different BMPs are needed).

Condition S7.C of the ISGPs requires that LRI record the results of each inspection in an inspection report or checklist that is maintained on-site and that documents the observations, verifications, and assessments required. The report/checklist must include the time and date of the inspection, the locations inspected, a statement that, in the judgment of the person conducting the inspection and the responsible corporate officer, the facility is either in compliance or out of compliance with the SWPPP and the ISGPs, a summary report and schedule of implementation of the remedial actions that LRI plans to take if the site inspection indicates that the facility is out of compliance, the name, title, signature and certification of the person conducting the facility inspection, and a certification and signature of the responsible corporate officer or a duly authorized representative.

LRI is in violation of these requirements of Condition S7 of the ISGPs because, during the last five years, it has failed to conduct each of the requisite visual monitoring and inspections, failed to prepare and maintain the requisite inspection reports or checklists, and failed to make the requisite certifications and summaries.

### 4.   EFFLUENT LIMITATION VIOLATIONS.

Condition S5.C of the ISGPs imposes numeric effluent limitations on LRI's discharges. Discharge of pollutants at a level in excess of these numeric effluent limitations is a violation of the ISGP.

LRI has violated Condition S5.C of the 2015 ISGP by discharging zinc in excess of the average monthly limit of 110 µg/L as shown by the monitoring data in Table 2 below:

**Table 2**

| Month | Average Zinc Concentration |
|---|---|
| September, 2013 | 117 µg/L |
| January, 2016 | 170 µg/L |

LRI has violated Condition S5.C of the ISGPs by discharging zinc in excess of the maximum daily limit of 200 µg/L as shown by the monitoring data in Table 3 below:

**Table 3**

| Month | Zinc Concentration |
|---|---|
| October 13, 2016 | 37,000 µg/L |
| October 20, 2016 | 14,000 µg/L |

Notice of Intent to Sue - 8

LRI has violated Condition S5.C of the ISGPs by discharging total suspended solids (TSS) in excess of the average monthly limit of 27 mg/L as shown by the monitoring data in Table 4 below:

**Table 4**

| Month | Average TSS Concentration |
|---|---|
| September, 2013 | 32 mg/L |
| October, 2016 | 43.7 mg/L |

### 5.    ILLICIT AND PROHIBITED DISCHARGES.

#### A.    Non-stormwater discharges

Condition S5.E of the ISGPs prohibits the discharge of process wastewater (including stormwater that comingles with process wastewater) and illicit discharges.  Appendix 2 to the ISGPs defines "illicit discharges" as "any discharge that is not composed entirely of stormwater."  Condition S5.F of the ISGPs requires LRI to manage stormwater to prevent the discharge of synthetic, natural or processed oil or oil containing products as identified by an oil sheen, and trash and floating debris, prohibiting those discharges.  LRI's discharges of landfill leachate, vehicle wash water, oil, and concrete waste violate these Permit conditions. These violations occurred each time over the past five years when, in keeping with its usual practice, LRI discharged water and pollutants collected in its leak detection and collection system beneath the landfill into the facility's concrete stormwater conveyance channel; when there was a landfill leachate seep or leak in the landfill leachate collection system; when there was an overflow of the facility's wash water storage tank, and when oil and/or concrete waste was discharged into the facility's stormwater conveyance channel.

Dates of these violations include: on or about December 14, 2013 when a leachate seep associated with a landfill gas collector caused leachate to discharge via a roadside ditch within the landfill cover footprint and the facility's concrete stormwater conveyance channel; on or about October 31, 2015 when stormwater comingled with vehicle wash water flowed directly into the unnamed tributary to Muck (South) Creek, just above its confluence with the Creek; on or about May 25-31, 2016, when the facility's landfill leachate forcemain leaked a substantial amount of leachate into the leak detection and collection system which was then discharged via the concrete stormwater channel and into Muck Creek and/or its unnamed tributary and unnamed wetlands adjacent to the facility;  October 13 and 20, 2016 when Tacoma/Pierce County Health Department and/or Ecology documented substantial volumes of landfill leachate discharging via the concrete stormwater channel as described in the inspection report attached to Ecology inspector Paul Stasch's March 9, 2017 letter to LRI; on or about December 18, 2016 when a pipe fitting at the facility's landfill gas to energy facility failed and leachate discharged via the concrete stormwater channel; and May 29-30, 2017 when an estimated 240 gallons of leachate seeped out of a temporary slope in the landfill and discharged via the stormwater conveyance channel.  In addition, illicit discharges from LRI's

leak detection and collection system occur on a regular basis.  LRI has documents and information identifying in more detail the dates on which illicit discharges occurred.

Condition S7.B.3.b of the ISGPs also requires LRI to eliminate illicit discharges within 30 days of discovery; and Condition S3.B.4.b.i.7 of the ISGPs require LRI's SWPPP to include measures to identify and eliminate illicit discharges to surface waters.  LRI violated these requirements by failing to eliminate its illicit discharges altogether over the last five years.

Additionally, Condition S7.B.3.a of the ISGPs requires LRI to notify the Department of Ecology within seven days of any discovery of an illicit discharge.  LRI violated this requirement by failing to notify Ecology about its illicit discharges within seven days of each occurrence over the past five years.

**B.      Comingled construction stormwater discharges.**

Condition S1.D.3 of the ISGPs excludes from ISGP coverage all construction activities.  Conditions G1 and G19 of the ISGPs prohibit discharges that are inconsistent with and/or not specifically authorized by the ISGP.  LRI violates Conditions S1.C, G1, and G20 by failing to clearly delineate and separate areas of the facility that are subject to the CSGP from areas of the facility that are subject to the ISGP, and thereby discharging stormwater that is associated with construction activity from the area that is subject to the ISGP. These violations have occurred each and every day during the last five years on which there was 0.1 inch or more of precipitation, and continue to occur.

**6.      VIOLATIONS OF THE RECORDKEEPING REQUIREMENTS.**

**A.      Failure to Record Information.**

Condition S4.B.3 of the ISGPs requires LRI record and retain specified information for each stormwater sample taken, including the sample date and time, a notation describing if LRI collected the sample within the first 30 minutes of stormwater discharge event, an explanation of why LRI could not collect a sample within the first 30 minutes of a stormwater discharge event, the sample location, method of sampling and of preservation, and the individual performing the sampling.  Upon information and belief, LRI is in violation of these conditions as it has not recorded each of these specified items for each sample taken during the last five years.

**B.      Failure to Retain Records.**

Condition S9.C of the ISGPs requires LRI to retain for a minimum of five years a copy of the current Permit, a copy of LRI's coverage letter, records of all sampling information, inspection reports including required documentation, any other documentation of compliance with permit requirements, all equipment calibration records, all BMP maintenance records, all original recordings for continuous sampling instrumentation, copies of all laboratory results, copies of all required reports, and records of all data used to complete

the application for the Permit.  LRI is in violation of these conditions because it has failed to retain records of such information, reports, and other documentation during the last five years.

### 7.    FAILURE TO REPORT PERMIT VIOLATIONS.

Condition S9.E of the ISGPs requires LRI to take certain actions in the event LRI is unable to comply with any of the terms and conditions of the ISGPs which may endanger human health or the environment, or exceed any numeric effluent limitation in the permit.  In such circumstances, LRI must immediately take action to minimize potential pollution or otherwise stop the noncompliance and correct the problem, and LRI must immediately notify the appropriate Ecology regional office of the failure to comply.  LRI must then submit a detailed written report to Ecology, including specified details, within 5 days of the time LRI became aware of the circumstances unless Ecology requests an earlier submission.

LRI routinely violates these requirements, including each and every time LRI exceeded water quality standards, as specified in section 1.1.A of this notice of intent to sue, above, violated numeric effluent limits, as specified in Tables 2, 3 and 4, above, each and every time LRI discharges illicit and/or non-stormwater discharges, as described in section 1.V to this notice of intent to sue, above.  All these violations endanger human health or the environment.

### 8.    REQUEST FOR ISGP SWPPP.

Pursuant to Condition S9.F of the 2015 Permit, Puget Soundkeeper Alliance hereby requests that LRI provide a copy of, or access to, its SWPPP complete with all incorporated plans, monitoring reports, checklists, and training and inspection logs.  The copy of the SWPPP and any other communications about this request should be directed to the undersigned at the letterhead address.

Should LRI fail to provide the requested complete copy of, or access to, its SWPPP as required by Condition S9.F of the 2015 Permit, it will be in violation of that condition, which violation shall also be subject to this notice of intent to sue and any ensuing lawsuit.

## 2.    VIOLATIONS OF THE CSGP

### 1.    ILLICIT AND PROHIBITED DISCHARGES

Condition S1.D of the CSGPs prohibits the discharge of process wastewater, fuels, oils, or other pollutants used in vehicle and equipment operation and maintenance, soaps or solvents used in vehicle and equipment washing, and wheel wash wastewater (unless managed according to Special Condition S9.D.9 of the CSGPs), among other pollutants.  LRI is in violation of Condition S1.D of the CSGPs because the discharges identified in section 1.5 of this notice letter are prohibited discharges.

Condition S1.C of the CGSPs authorizes discharges of stormwater associated with construction activity and construction support activity, and limited non-stormwater

discharges.  Conditions G1 and G20 of the CSGPs prohibit discharges that are inconsistent with and/or not specifically authorized by the CSGP.  LRI is in violation of these conditions because the discharges identified in section 1.5 of this notice letter are not authorized discharges.

LRI also violates Conditions S1.C, G1, and G20 by failing to clearly delineate and separate areas of the facility that are subject to the CSGP from areas of the facility that are subject to the ISGP, and thereby discharging stormwater that is not associated with construction activity or construction support activity from the area that is subject to the CSGP. These violations have occurred each and every day during the last five years on which there was 0.1 inch or more of precipitation, and continue to occur.

## 2.        COMPLIANCE WITH STANDARDS

### A.        Violations of Water Quality Standards.

Condition S3.A of the CSGPs prohibits discharges that cause or contribute to a violation of surface water quality standards (Chapter 173-201A WAC), ground water quality standards (Chapter 173-200 WAC), sediment management standards (Chapter 173-204 WAC), and human health-based criteria in the National Toxics Rule (40 CFR Part 131.36). LRI discharges to Muck (South) Creek, including via an unnamed tributary, and unnamed wetlands adjacent to the facility.  LRI discharges stormwater that contains elevated levels of turbidity as indicated in the table of monitoring data below (Table 5). These discharges cause and/or contribute to violations of water quality standards for pH, turbidity and aesthetic criteria in Muck Creek, its tributary, and the unnamed wetlands adjacent to the facility, and have occurred each and every day during the last five years on which there was 0.1 inch or more of precipitation, and continue to occur.

**Table 5**

| Date | Turbidity measured (Benchmark: 25 NTU) | pH |
|------|----------------------------------------|-----|
| 4/26/2012 | | 6.4 standard units |
| 9/6/2013 | 89 NTU | |
| 9/7/2013 | 101 | |
| 9/30/2013 | 85 | |
| 10/1/2013 | 88 | |
| 10/2/2013 | 48 | |
| 10/27/2014 | 41 | |
| 11/2/2015 | 92 | |
| 01/13/2016 | 36 | 6.4 |
| 10/17/2016 | 121 | |
| 10/24/2016 | 91 | |
| 11/7/2016 | 55 | |
| 11/14/2016 | 39 | |

B.        Compliance with Standards.

Condition S3.B of the CSGPs requires that LRI apply AKART prior to the discharge
of stormwater and non-stormwater to waters of the State, including groundwater.  AKART
includes the preparation and implementation of an adequate stormwater pollution prevention
plan (SWPPP), with all appropriate BMPs installed and maintained in accordance with the
SWPPP and the terms and conditions of the CSGP.  LRI has violated and continues to violate
these conditions by failing to apply AKART to its discharges or to implement an adequate
SWPPP and BMPs as evidenced by the elevated levels of pollutants in its discharge indicated
in Table 5, as identified by Ecology in its report concerning its January 17, 2017 CSGP
compliance inspection of the facility, and as described below in this notice of intent to sue.

3.        STORMWATER POLLUTION PREVENTION PLAN VIOLATIONS.

Condition S9 of the CSGPs requires LRI to prepare and properly implement a SWPPP
that meets CSGP requirements and meets the objectives of implementing BMPs that prevent
erosion and sedimentation, identifies, reduces, eliminates, or prevents stormwater
contamination and water pollution; prevents violations of water quality standards; and
controls peak volumetric flow rates and velocities of stormwater discharges.  LRI is in
violation of this condition and has been each day of the last five years because it has failed to
prepare and implement a SWPPP that meets CSGP requirements, including for the reasons set
forth below, and because it fails to meet the objectives of Condition S9.A, as indicated by the
violations described in sections 2.1 and 2.2 of this notice letter, and as described below.

Condition S9.B.1 of the CSGPs requires that LRI's SWPPP include clear
documentation including: (a.) information about existing site conditions (topography,
drainage, soils, vegetation, etc.; (b.) potential erosion problem areas; (c.) the elements of a
SWPPP in Condition S9.D. of the CSGP, including BMPs used to address each element; (d.)
construction phasing/sequence and general BMP implementation schedule; (e.) the actions to
be taken if BMP performance goals are not achieved—for example, a contingency plan for
additional treatment and/or storage of stormwater that would violate the water quality
standards if discharged; and (f.) engineering calculations for ponds, treatment systems, and
any other designed structures.  LRI is in violation of Condition S9.B.1 because its SWPPP
lacks the required documentation, including an adequate contingency plan and engineering
calculations for required pollution controls.

Condition S9.B.2 of the CSGPs requires LRI to modify the SWPPP within seven (7)
days of an inspection by LRI or applicable local or state regulatory authority during which it
is determined that the SWPPP is or would be ineffective in eliminating or significantly
minimizing pollutants in the discharges from the site.  Condition S9.B.2 further requires that
LRI to immediately begin the process to fully implement and maintain appropriate source
control and/or treatment BMPs as soon as possible, addressing the problems no later than ten
(10) days from the inspection or investigation, and to document BMP implementation in the
site log book.  LRI must also modify the SWPPP whenever there is a change in design,
construction, operation, or maintenance at the construction site that has, or could have, a
significant effect on the discharge of pollutants to waters of the State.  LRI is in violation of

Condition S9.B.2 because it has failed to modify its SWPPP and implement and document appropriate BMPs as required, including in response to Ecology's June 26, 2014 and January 17, 2017 inspections during which it was determined that LRI's SWPPP BMPs were insufficient.

Condition S9.C of the CSGPs requires that LRI's BMPs be consistent with approved stormwater management manuals, including the Stormwater Management Manual for Western Washington, or, if properly documented in the SWPPP, that LRI's BMPs provide an equivalent level of pollution prevention compared to the applicable stormwater management manuals. LRI is in violations of Condition S9.C because its BMPs are not consistent with the Stormwater Management Manual for Western Washington and do not provide an equivalent level of pollution prevention to those BMPs, including BMP C241 in the Stormwater Management Manual for Western Washington.

Condition S9.D of the 2016 CSGP requires that LRI include each of the following thirteen (13) elements Condition S9.D.1-13 in the narrative of the SWPPP and implement them unless site conditions render the element unnecessary and the exemption from that element is clearly justified in the SWPPP: (1) preserve vegetation/mark clearing limits; (2) establish construction access; (3) control flow rates; (4) install sediment controls; (5) stabilize soils; (6) protect slopes; (7) protect drain inlets; (8) stabilize channels and outlets; (9) control pollutants; (10) control dewatering; (11) maintain BMPs; (12) manage the project; and (13) protect low impact development (LID) BMPs. Condition S9.D of the 2011 CSGP contained a substantially identical requirement, except that it did not include element 13. LRI is in violation of Condition S9.D because it has not documented and implemented the elements as required, including as described in Ecology's inspection reports for the June 26, 2014 and January 17, 2017 inspections.

Condition S9.E of the CSGPs requires that LRI's SWPPP include a vicinity map with enough detail to identify the location of the construction site and receiving waters within one mile, and a legible site map or maps. The site map(s) must identify the features listed in Condition S9.E.1-11, including the locations of cut and fill slopes, soil disturbance areas, BMPs, off-site material, waste storage, borrow areas, and vehicle/equipment storage, water bodies, discharges offsite and/or to a surface waterbody, required water quality sampling stations, stabilized areas, existing and proposed LID facilities. The site map(s) must also identify slopes, contours, and direction of stormwater flow before and after major grading activities. LRI is in violation of Condition S9.E because its SWPPP lacks maps that identify all of the required features.

### 4.     BENCHMARK EXCEEDANCES AND RESPONSES.

Condition S4.C.5 of the CSGPs requires LRI to take actions in response to discharges in excess of the turbidity benchmark of 25 NTU. If the discharge turbidity is 26 to 249 NTU, Condition S4.C.5.a requires LRI to review the SWPPP for compliance with Condition S9 and make appropriate revisions within seven (7) days of the date the discharge exceeded the benchmark, to immediately begin the process to fully implement appropriate BMPs, and to fully implement and maintain appropriate source control and/or treatment BMPs as soon as

possible, addressing the problems within 10 days of the date the discharge exceeded the benchmark. LRI must also document BMP implementation and maintenance in the site log book.

LRI is in violation of Condition S4.C.5 because it has failed to timely take the required corrective actions in response to each of the turbidity benchmark exceedances identified in Table 5 of this notice of intent to sue.

### 5.   MONITORING AND REPORTING VIOLATIONS.

#### A.   Failure to comply with sampling requirements.

##### i.   Turbidity sampling requirements

Condition S4.C of the CSGPs requires LRI to sample for turbidity all discharge points at least once every calendar week when stormwater (or authorized non-stormwater) discharges from the site or enters any on-site surface waters of the state. Samples must be representative of the flow and characteristics of the discharge. Sampling is required at all points where stormwater associated with construction activity (or authorized non-stormwater) is discharged off site, including where it enters any on-site surface waters of the state. Condition S4.C.3.c of the CSGPs requires LRI to identify all sampling point(s) on the SWPPP site map and clearly mark these points in the field with a flag, tape, stake or other visible marker.

LRI is in violation of Condition S4.C and has violated its sampling requirements each week during the last five years when there was 0.1 inches of precipitation or more, including because LRI is not collecting samples at and has not marked the required locations, because samples it has collected are not representative of the flow and characteristics of LRI's discharge or stormwater associated with construction activity, and because it has failed to collect weekly samples in July, August, September, and October, 2012; July, August, and September, 2013; July, August, September, and October, 2014; June, July, and October, 2015; and June and October, 2016.

##### ii.   pH sampling requirements

Condition S4.D of the CSGPs requires LRI to obtain a representative sample of stormwater and conduct pH analysis at least once per week. LRI must sample the pH in the sediment trap/pond(s) or other locations that receive stormwater runoff from the area of significant concrete work or engineered soils before the stormwater discharges to surface waters. LRI is in violation of Condition S4.D because it has failed to collect representative samples from the required locations, and failed to collect weekly samples in July, August, September, and October, 2012; July, August, and September, 2013; July, August, September, and October, 2014; June, July, and October, 2015; and June and October, 2016.

**B.      Failure to comply with visual monitoring requirements.**

Condition S4.B of the CSGPs requires LRI to have a certified erosion and sediment control lead ("CESCL") inspect all areas disturbed by construction activities, all BMPs, and all stormwater discharge points at least once every calendar week and within 24 hours of any discharge from the site.  Inspections must include visual examination of stormwater for the presence of suspended sediment, turbidity, discoloration, and oil sheen; an evaluation of the effectiveness of BMPs; and determination of whether it is necessary to install, maintain, or repair BMPs to improve the quality of stormwater discharges. Condition S4.B.5 requires LRI to summarize the results of each inspection, including the details listed in Condition S4.B.5.a.-g., a report and schedule of implementation for remedial actions, and a signed certification, in an inspection report or checklist and enter the report/checklist into, or attach it to, the site log book.  LRI is in violation of these requirements because during the last five years, it has failed to conduct all of the requisite visual monitoring and inspections, failed to prepare and maintain the requisite inspection reports or checklists, and failed to make the requisite certifications and summaries.

Condition S4.B.1 of the CSGPs requires LRI to correct problems identified by its inspections by reviewing the SWPPP for compliance with Condition S9 and making appropriate revisions within seven (7) days of the date of the inspection, immediately beginning the process of fully implementing and maintaining appropriate source control and/or treatment BMPs as soon as possible, addressing the problems within 10 days of the date of the inspection.  LRI must also document BMP implementation and maintenance in the site log book.  LRI is in violation of Condition S4.B.1 because it has failed to timely correct problems identified by its inspections.

**6.      VIOLATIONS OF THE RECORDKEEPING REQUIREMENTS.**

**A.      Failure to record information.**

Condition S4.A of the CSGPs requires LRI to maintain a site log book that contains a record of the implementation of the SWPPP and other permit requirements, including the installation and maintenance of BMPs, site inspections, and stormwater monitoring. LRI is in violation of these conditions as it has not recorded all of the information in its log book as required.

Condition S5.D of the CSGPs requires LRI record and retain specified information for each sample taken, including the sample date, place, method, and time of sampling, date of analysis, and the individual performing the sampling.  LRI is in violation of these conditions as it has not recorded each of these specified items for each sample taken during the last five years.

**B.      Failure to Retain Records.**

Condition S5.C of the CSGPs requires LRI to retain records of all monitoring information (site log book, sampling results, inspection reports/checklists, etc.), SWPPP, copy

of the permit coverage letter (including Transfer of Coverage documentation), all calibration and maintenance records, records of all data used to complete the application for this permit, and any other documentation of compliance with permit requirements for the entire life of the construction project and for a minimum of three years following the termination of permit coverage.  LRI is in violation of these conditions because it has failed to retain records of such information, reports, and other documentation during the last five years.

### 7.   REQUEST FOR CSGP SWPPP.

Pursuant to Condition S5.G.2.b of the 2016 CSGP, Puget Soundkeeper Alliance hereby requests that LRI provide a copy of, or access to, its SWPPP complete with all incorporated plans, monitoring reports, checklists, and training and inspection logs.  The copy of the SWPPP and any other communications about this request should be directed to the undersigned at the letterhead address.

Should LRI fail to provide the requested complete copy of, or access to, its SWPPP as required by Condition S5.G of the CSGP, it will be in violation of that condition, which violation shall also be subject to this notice of intent to sue and any ensuing lawsuit.

### 3.   **UNPERMITTED DISCHARGES**

Section 301(a) of the Clean Water Act, 33 U.S.C. § 1311(a) prohibits the discharge of pollutants via a point source to waters of the United States, except as in compliance with a NPDES permit.  LRI is in violation of 33 U.S.C. § 1311(a) because it discharges landfill leachate (including heavy metals such as copper, zinc, lead, selenium, chromium, and arsenic; PCBs; oxygen-demanding substances; and suspended solids), vehicle wash water (including oil and grease, heavy metals, nutrients, suspended solids, and oxygen-demanding substances), oil, and concrete waste to Muck (South) Creek and its unnamed tributary and the unnamed wetlands adjacent to the facility via landfill seeps, pipes, ditches, and channels.  These discharges of landfill leachate are not authorized by any NPDES permit that LRI holds.

These violations occurred each time over the past five years when, in keeping with its usual practice, LRI discharged water and pollutants collected in its leak detection and collection system beneath the landfill into the facility's concrete stormwater conveyance channel; when there was a landfill leachate seep or leak in the landfill leachate collection system; when there was an overflow of the facility's wash water storage tank, and when oil and/or concrete waste was discharged into the facility's stormwater conveyance channel.

Dates of these violations include: on or about December 14, 2013 when a leachate seep associated with a landfill gas collector caused leachate to discharge via a roadside ditch within the landfill cover footprint and the facility's concrete stormwater conveyance channel; on or about October 31, 2015 when stormwater comingled with vehicle wash water flowed directly into the unnamed tributary to Muck (South) Creek, just above its confluence with the Creek; on or about May 25-31, 2016, when the facility's landfill leachate forcemain leaked a substantial amount of leachate into the leak detection and collection system which was then discharged via the concrete stormwater channel and into Muck Creek and/or its unnamed

tributary and unnamed wetlands adjacent to the facility;  October 13 and 20, 2016 when Tacoma/Pierce County Health Department and/or Ecology documented substantial volumes of landfill leachate discharging via the concrete stormwater channel as described in the inspection report attached to Ecology inspector Paul Stasch's March 9, 2017 letter to LRI and the sample results of which are summarized in Table 1 of this notice letter; on or about December 18, 2016 when a pipe fitting at the facility's landfill gas to energy facility failed and leachate discharged via the concrete stormwater channel; and May 29-30, 2017 when an estimated 240 gallons of leachate seeped out of a temporary slope in the landfill and discharged via the stormwater conveyance channel.  In addition, unpermitted discharges from LRI's leak detection and collection system occur on a regular basis.  LRI has documents and information identifying in more detail the dates on which unpermitted discharges occurred.

4.    **CONCLUSION**

The above-described violations reflect those indicated by the information currently available to Puget Soundkeeper Alliance.  These violations are ongoing.  Puget Soundkeeper Alliance intends to sue for all violations, including those yet to be uncovered and those committed after the date of this Notice of Intent to Sue.

Under Section 309(d) of the CWA, 33 U.S.C. § 1319(d), each of the above-described violations subjects the violator to a penalty of up to $37,500 per day for each violation that occurred through November 2, 2015, and $52,414 per day for each violation that occurred thereafter.  In addition to civil penalties, Puget Soundkeeper Alliance will seek injunctive relief to prevent further violations under Sections 505(a) and (d) of the CWA, 33 U.S.C. § 1365(a) and (d), and such other relief as is permitted by law.  Also, Section 505(d) of the CWA, 33 U.S.C. § 1365(d), permits prevailing parties to recover costs, including attorney's fees.

Puget Soundkeeper Alliance believes that this notice of intent to sue sufficiently states grounds for filing suit.  We intend, at the close of the 60-day notice period, or shortly thereafter, to file a citizen suit against LRI under Section 505(a) of the Clean Water Act for violations.

During the 60-day notice period, we would be willing to discuss effective remedies for the violations addressed in this letter and settlement terms.  If you wish to pursue such discussions in the absence of litigation, we suggest that you initiate those discussions within 10 days of receiving this notice so that a meeting can be arranged and so that negotiations may be completed promptly.  We do not intend to delay the filing of a complaint if discussions are continuing when the notice period ends.

Sincerely,
SMITH & LOWNEY, PLLC

By: _____
Richard A. Smith
Claire E. Tonry

cc:     Scott Pruitt Administrator, U.S. EPA

        Michelle Pirzadeh, Acting Region 10 Administrator, U.S. EPA

        Maia Bellon, Director, Washington Department of Ecology

        Corporation Service Company, Registered Agent of Pierce County Recycling,
        Composting and Disposal, LLC (300 Deschutes Way SW, Ste 304, Tumwater, WA
        98501)

        Corporation Service Company, Registered Agent of Waste Connections of
        Washington, Inc. (300 Deschutes Way SW, Ste 304, Tumwater, WA 98501)

        Corporation Service Company, Registered Agent of Waste Connections US, Inc.
        (2710 Gateway Oaks Dr., Ste 150N, Sacramento, CA 95833)

| Date | Precipitation (inches) | Date | Precipitation (inches) | Date | Precipitation (inches) |
|---|---|---|---|---|---|
| 2012 | | 9 | 0 | 19 | 0 |
| Jul | sum | 10 | 0 | 20 | 0 |
| 1 | 0 | 11 | 0 | 21 | 0 |
| 2 | 0.03 | 12 | 0 | 22 | 0 |
| 3 | 0.13 | 13 | 0 | 23 | 0 |
| 4 | 0 | 14 | 0 | 24 | 0 |
| 5 | 0 | 15 | 0 | 25 | 0 |
| 6 | 0 | 16 | 0 | 26 | 0 |
| 7 | 0 | 17 | 0 | 27 | 0 |
| 8 | 0 | 18 | 0 | 28 | 0 |
| 9 | 0 | 19 | 0 | 29 | 0.01 |
| 10 | 0 | 20 | 0 | 30 | 0 |
| 11 | 0 | 21 | 0 | 2012 | |
| 12 | 0 | 22 | 0 | Oct | sum |
| 13 | 0.01 | 23 | 0 | 1 | 0 |
| 14 | 0 | 24 | 0 | 2 | 0 |
| 15 | 0 | 25 | 0 | 3 | 0 |
| 16 | 0.11 | 26 | 0 | 4 | 0 |
| 17 | 0 | 27 | 0 | 5 | 0 |
| 18 | 0 | 28 | 0 | 6 | 0 |
| 19 | 0 | 29 | 0 | 7 | 0 |
| 20 | 0.62 | 30 | 0 | 8 | 0 |
| 21 | 0 | 31 | 0 | 9 | 0 |
| 22 | 0 | 2012 | | 10 | 0 |
| 23 | 0 | Sep | sum | 11 | 0 |
| 24 | 0 | 1 | 0 | 12 | 0.05 |
| 25 | 0 | 2 | 0 | 13 | 0.32 |
| 26 | 0 | 3 | 0 | 14 | 0.29 |
| 27 | 0 | 4 | 0 | 15 | 0.33 |
| 28 | 0 | 5 | 0 | 16 | 0 |
| 29 | 0 | 6 | 0 | 17 | 0 |
| 30 | 0 | 7 | 0 | 18 | 0.33 |
| 31 | 0 | 8 | 0 | 19 | 0.17 |
| 2012 | | 9 | 0 | 20 | 0.18 |
| Aug | sum | 10 | 0 | 21 | 0.24 |
| 1 | 0 | 11 | 0 | 22 | 0.33 |
| 2 | 0 | 12 | 0 | 23 | 0 |
| 3 | 0 | 13 | 0 | 24 | 0.17 |
| 4 | 0 | 14 | 0 | 25 | 0 |
| 5 | 0 | 15 | 0 | 26 | 0.13 |
| 6 | 0 | 16 | 0 | 27 | 0.76 |
| 7 | 0 | 17 | 0 | 28 | 0.23 |
| 8 | 0 | 18 | 0 | 29 | 0.59 |

1

| Date | Precipitation (inches) | Date | Precipitation (inches) | Date | Precipitation (inches) |
|---|---|---|---|---|---|
| 30 | 0.92 | 8 | 0 | 18 | 0 |
| 31 | 0.42 | 9 | 0.09 | 19 | 0 |
| 2012 | | 10 | 0.06 | 20 | 0 |
| Nov | sum | 11 | 0.17 | 21 | 0 |
| 1 | 0.53 | 12 | 0 | 22 | 0 |
| 2 | 0.23 | 13 | 0.05 | 23 | 0.12 |
| 3 | 0.02 | 14 | 0.22 | 24 | 0.15 |
| 4 | 0.11 | 15 | 0.05 | 25 | 0.1 |
| 5 | 0.05 | 16 | 0.91 | 26 | 0.01 |
| 6 | 0.02 | 17 | 0.27 | 27 | 0.09 |
| 7 | 0 | 18 | 0.21 | 28 | 0.14 |
| 8 | 0 | 19 | 0.76 | 29 | 0.13 |
| 9 | 0 | 20 | 0.35 | 30 | 0.15 |
| 10 | 0 | 21 | 0.01 | 31 | 0.05 |
| 11 | 0.64 | 22 | 0.08 | 2013 | |
| 12 | 0.07 | 23 | 0.27 | Feb | sum |
| 13 | 0.14 | 24 | 0.02 | 1 | 0 |
| 14 | 0 | 25 | 0.44 | 2 | 0 |
| 15 | 0 | 26 | 0.25 | 3 | 0.02 |
| 16 | 0.18 | 27 | 0.01 | 4 | 0 |
| 17 | 0.33 | 28 | 0 | 5 | 0.12 |
| 18 | 0.36 | 29 | 0.09 | 6 | 0.05 |
| 19 | 1.73 | 30 | 0 | 7 | 0.05 |
| 20 | 0.11 | 31 | 0 | 8 | 0 |
| 21 | 0.27 | 2013 | | 9 | 0 |
| 22 | 0.02 | Jan | sum | 10 | 0 |
| 23 | 0.73 | 1 | 0 | 11 | 0.02 |
| 24 | 0.01 | 2 | 0 | 12 | 0 |
| 25 | 0 | 3 | 0.1 | 13 | 0.03 |
| 26 | 0 | 4 | 0.02 | 14 | 0 |
| 27 | 0 | 5 | 0.05 | 15 | 0 |
| 28 | 0.07 | 6 | 0.12 | 16 | 0.03 |
| 29 | 0.1 | 7 | 0.12 | 17 | 0.02 |
| 30 | 1.04 | 8 | 0.22 | 18 | 0 |
| 2012 | | 9 | 0.81 | 19 | 0.01 |
| Dec | sum | 10 | 0.01 | 20 | 0.08 |
| 1 | 0.32 | 11 | 0 | 21 | 0.09 |
| 2 | 0.51 | 12 | 0 | 22 | 0.49 |
| 3 | 0.36 | 13 | 0 | 23 | 0 |
| 4 | 0.54 | 14 | 0 | 24 | 0.01 |
| 5 | 0.11 | 15 | 0 | 25 | 0.12 |
| 6 | 0.25 | 16 | 0 | 26 | 0 |
| 7 | 0.22 | 17 | 0 | 27 | 0.1 |

| Date | Precipitation (inches) | Date | Precipitation (inches) | Date | Precipitation (inches) |
|---|---|---|---|---|---|
| 28 | 0.56 | 8 | 0 | 19 | 0.03 |
| 2013 | | 9 | 0 | 20 | 0 |
| Mar | sum | 10 | 0.22 | 21 | 0.51 |
| 1 | 0.02 | 11 | 0 | 22 | 0.53 |
| 2 | 0.09 | 12 | 0.24 | 23 | 0.5 |
| 3 | 0 | 13 | 0.11 | 24 | 0.22 |
| 4 | 0 | 14 | 0.35 | 25 | 0.01 |
| 5 | 0.03 | 15 | 0 | 26 | 0.4 |
| 6 | 0.43 | 16 | 0 | 27 | 0.4 |
| 7 | 0.23 | 17 | 0 | 28 | 0.1 |
| 8 | 0 | 18 | 0.05 | 29 | 0.28 |
| 9 | 0 | 19 | 0.47 | 30 | 0.24 |
| 10 | 0.05 | 20 | 0 | 31 | 0 |
| 11 | 0.08 | 21 | 0.03 | 2013 | |
| 12 | 0.09 | 22 | 0 | Jun | sum |
| 13 | 0.15 | 23 | 0 | 1 | 0 |
| 14 | 0.05 | 24 | 0 | 2 | 0 |
| 15 | 0.15 | 25 | 0 | 3 | 0 |
| 16 | 0.13 | 26 | 0 | 4 | 0 |
| 17 | 0.06 | 27 | 0.03 | 5 | 0 |
| 18 | 0.01 | 28 | 0.1 | 6 | 0 |
| 19 | 0.32 | 29 | 0.02 | 7 | 0 |
| 20 | 0.51 | 30 | 0 | 8 | 0 |
| 21 | 0.01 | 2013 | | 9 | 0 |
| 22 | 0 | May | sum | 10 | 0 |
| 23 | 0 | 1 | 0 | 11 | 0.05 |
| 24 | 0 | 2 | 0 | 12 | 0.2 |
| 25 | 0 | 3 | 0 | 13 | 0.12 |
| 26 | 0 | 4 | 0 | 14 | 0 |
| 27 | 0 | 5 | 0 | 15 | 0 |
| 28 | 0.15 | 6 | 0 | 16 | 0 |
| 29 | 0 | 7 | 0 | 17 | 0 |
| 30 | 0 | 8 | 0 | 18 | 0.01 |
| 31 | 0 | 9 | 0 | 19 | 0 |
| 2013 | | 10 | 0 | 20 | 0.12 |
| Apr | sum | 11 | 0 | 21 | 0 |
| 1 | 0 | 12 | 0.1 | 22 | 0 |
| 2 | 0 | 13 | 0.29 | 23 | 0.65 |
| 3 | 0 | 14 | 0 | 24 | 0.26 |
| 4 | 0.18 | 15 | 0.06 | 25 | 0.26 |
| 5 | 0.9 | 16 | 0 | 26 | 0.02 |
| 6 | 0.58 | 17 | 0.25 | 27 | 0.26 |
| 7 | 0.91 | 18 | 0.09 | 28 | 0.01 |

3

| Date | Precipitation (inches) | Date | Precipitation (inches) | Date | Precipitation (inches) |
|------|------------------------|------|------------------------|------|------------------------|
| 29 | 0 | 7 | 0 | 17 | 0 |
| 30 | 0 | 8 | 0 | 18 | 0 |
| 2013 | | 9 | 0.01 | 19 | 0 |
| Jul | sum | 10 | 0.06 | 20 | 0.15 |
| 1 | 0 | 11 | 0 | 21 | 0 |
| 2 | 0 | 12 | 0 | 22 | 0.57 |
| 3 | 0 | 13 | 0 | 23 | 0.14 |
| 4 | 0 | 14 | 0.09 | 24 | 0.34 |
| 5 | 0 | 15 | 0.03 | 25 | 0.24 |
| 6 | 0 | 16 | 0 | 26 | 0 |
| 7 | 0 | 17 | 0 | 27 | 0.05 |
| 8 | 0 | 18 | 0 | 28 | 1.65 |
| 9 | 0 | 19 | 0 | 29 | 0.59 |
| 10 | 0 | 20 | 0 | 30 | 1.53 |
| 11 | 0 | 21 | 0 | 2013 | |
| 12 | 0 | 22 | 0 | Oct | sum |
| 13 | 0 | 23 | 0 | 1 | 0.68 |
| 14 | 0 | 24 | 0 | 2 | 0.17 |
| 15 | 0 | 25 | 0 | 3 | 0.03 |
| 16 | 0 | 26 | 0.04 | 4 | 0 |
| 17 | 0 | 27 | 0 | 5 | 0 |
| 18 | 0 | 28 | 0.24 | 6 | 0.03 |
| 19 | 0 | 29 | 0.4 | 7 | 0.15 |
| 20 | 0 | 30 | 0 | 8 | 0.07 |
| 21 | 0 | 31 | 0 | 9 | 0 |
| 22 | 0 | 2013 | | 10 | 0.04 |
| 23 | 0 | Sep | sum | 11 | 0 |
| 24 | 0 | 1 | 0 | 12 | 0.16 |
| 25 | 0 | 2 | 0 | 13 | 0 |
| 26 | 0 | 3 | 0.42 | 14 | 0 |
| 27 | 0 | 4 | 0.01 | 15 | 0 |
| 28 | 0 | 5 | 0.59 | 16 | 0 |
| 29 | 0 | 6 | 1.44 | 17 | 0 |
| 30 | 0 | 7 | 0 | 18 | 0 |
| 31 | 0 | 8 | 0 | 19 | 0.01 |
| 2013 | | 9 | 0 | 20 | 0.01 |
| Aug | sum | 10 | 0 | 21 | 0 |
| 1 | 0 | 11 | 0 | 22 | 0 |
| 2 | 0.03 | 12 | 0 | 23 | 0.01 |
| 3 | 0 | 13 | 0 | 24 | 0.01 |
| 4 | 0 | 14 | 0 | 25 | 0 |
| 5 | 0 | 15 | 0 | 26 | 0.01 |
| 6 | 0 | 16 | 0.06 | 27 | 0.03 |

| Date | Precipitation (inches) | Date | Precipitation (inches) | Date | Precipitation (inches) |
|---|---|---|---|---|---|
| 28 | 0 | 6 | 0 | 16 | 0 |
| 29 | 0 | 7 | 0 | 17 | 0 |
| 30 | 0 | 8 | 0 | 18 | 0 |
| 31 | 0.05 | 9 | 0 | 19 | 0 |
| 2013 | | 10 | 0 | 20 | 0 |
| Nov | sum | 11 | 0 | 21 | 0 |
| 1 | 0.01 | 12 | 0.29 | 22 | 0 |
| 2 | 0.52 | 13 | 0.02 | 23 | 0 |
| 3 | 0 | 14 | 0 | 24 | 0 |
| 4 | 0.04 | 15 | 0.04 | 25 | 0 |
| 5 | 0.08 | 16 | 0 | 26 | 0 |
| 6 | 0.12 | 17 | 0 | 27 | 0 |
| 7 | 0.72 | 18 | 0 | 28 | 0.37 |
| 8 | 0 | 19 | 0 | 29 | 0.78 |
| 9 | 0.05 | 20 | 0.37 | 30 | 0.08 |
| 10 | 0.01 | 21 | 0.14 | 31 | 0.05 |
| 11 | 0 | 22 | 0.02 | 2014 | |
| 12 | 0.16 | 23 | 0.08 | Feb | sum |
| 13 | 0.04 | 24 | 0 | 1 | 0.03 |
| 14 | 0.02 | 25 | 0 | 2 | 0 |
| 15 | 0.24 | 26 | 0 | 3 | 0 |
| 16 | 0.01 | 27 | 0 | 4 | 0 |
| 17 | 0.6 | 28 | 0 | 5 | 0 |
| 18 | 0.46 | 29 | 0 | 6 | 0 |
| 19 | 0.09 | 30 | 0 | 7 | 0 |
| 20 | 0 | 31 | 0.04 | 8 | 0.05 |
| 21 | 0 | 2014 | | 9 | 0.18 |
| 22 | 0 | Jan | sum | 10 | 0.37 |
| 23 | 0 | 1 | 0.01 | 11 | 0.54 |
| 24 | 0 | 2 | 0.13 | 12 | 0.18 |
| 25 | 0 | 3 | 0 | 13 | 0.09 |
| 26 | 0 | 4 | 0 | 14 | 0.24 |
| 27 | 0 | 5 | 0 | 15 | 0.47 |
| 28 | 0 | 6 | 0.14 | 16 | 1.11 |
| 29 | 0 | 7 | 0.51 | 17 | 1.19 |
| 30 | 0.07 | 8 | 0.33 | 18 | 0.62 |
| 2013 | | 9 | 0.3 | 19 | 0.17 |
| Dec | sum | 10 | 0.24 | 20 | 0.23 |
| 1 | 0.47 | 11 | 0.98 | 21 | 0.03 |
| 2 | 0 | 12 | 0.12 | 22 | 0.06 |
| 3 | 0.01 | 13 | 0.02 | 23 | 0.23 |
| 4 | 0 | 14 | 0 | 24 | 0.65 |
| 5 | 0 | 15 | 0 | 25 | 0.02 |

5

| Date | Precipitation (inches) | Date | Precipitation (inches) | Date | Precipitation (inches) |
|---|---|---|---|---|---|
| 26 | 0 | 6 | 0.02 | 17 | 0 |
| 27 | 0 | 7 | 0 | 18 | 0.36 |
| 28 | 0 | 8 | 0.21 | 19 | 0 |
| 2014 | | 9 | 0 | 20 | 0 |
| Mar | sum | 10 | 0 | 21 | 0 |
| 1 | 0.01 | 11 | 0 | 22 | 0 |
| 2 | 0.56 | 12 | 0 | 23 | 0.16 |
| 3 | 0.41 | 13 | 0 | 24 | 0 |
| 4 | 0.54 | 14 | 0 | 25 | 0.33 |
| 5 | 1.34 | 15 | 0 | 26 | 0.02 |
| 6 | 0.36 | 16 | 0.18 | 27 | 0 |
| 7 | 0 | 17 | 0.53 | 28 | 0.01 |
| 8 | 1.08 | 18 | 0 | 29 | 0 |
| 9 | 0.44 | 19 | 0.5 | 30 | 0 |
| 10 | 0.61 | 20 | 0.02 | 31 | 0 |
| 11 | 0 | 21 | 0.5 | 2014 | |
| 12 | 0 | 22 | 0.62 | Jun | sum |
| 13 | 0 | 23 | 0.35 | 1 | 0 |
| 14 | 0.25 | 24 | 0.27 | 2 | 0 |
| 15 | 0.18 | 25 | 0 | 3 | 0 |
| 16 | 1.04 | 26 | 0.09 | 4 | 0 |
| 17 | 0 | 27 | 0.4 | 5 | 0 |
| 18 | 0.02 | 28 | 0.03 | 6 | 0 |
| 19 | 0.24 | 29 | 0 | 7 | 0 |
| 20 | 0 | 30 | 0 | 8 | 0 |
| 21 | 0 | 2014 | | 9 | 0.01 |
| 22 | 0 | May | sum | 10 | 0 |
| 23 | 0 | 1 | 0 | 11 | 0 |
| 24 | 0 | 2 | 0 | 12 | 0.06 |
| 25 | 0.12 | 3 | 0.66 | 13 | 0.19 |
| 26 | 0.16 | 4 | 0.48 | 14 | 0 |
| 27 | 0.28 | 5 | 0.08 | 15 | 0 |
| 28 | 0.47 | 6 | 0 | 16 | 0.03 |
| 29 | 0.79 | 7 | 0 | 17 | 0.02 |
| 30 | 0.09 | 8 | 0.5 | 18 | 0 |
| 31 | 0 | 9 | 0.31 | 19 | 0 |
| 2014 | | 10 | 0 | 20 | 0.01 |
| Apr | sum | 11 | 0 | 21 | 0 |
| 1 | 0 | 12 | 0 | 22 | 0 |
| 2 | 0 | 13 | 0 | 23 | 0.01 |
| 3 | 0.07 | 14 | 0 | 24 | 0 |
| 4 | 0.08 | 15 | 0 | 25 | 0 |
| 5 | 0.18 | 16 | 0 | 26 | 0.01 |

6

| Date | Precipitation (inches) | Date | Precipitation (inches) | Date | Precipitation (inches) |
|---|---|---|---|---|---|
| 27 | 0.19 | 5 | 0 | 15 | 0 |
| 28 | 0.25 | 6 | 0 | 16 | 0 |
| 29 | 0 | 7 | 0 | 17 | 0.03 |
| 30 | 0 | 8 | 0 | 18 | 0.01 |
| 2014 | | 9 | 0 | 19 | 0 |
| Jul | sum | 10 | 0 | 20 | 0 |
| 1 | 0 | 11 | 0.01 | 21 | 0 |
| 2 | 0 | 12 | 0.34 | 22 | 0 |
| 3 | 0 | 13 | 0.78 | 23 | 0.67 |
| 4 | 0 | 14 | 0.01 | 24 | 0.7 |
| 5 | 0 | 15 | 0.03 | 25 | 0.06 |
| 6 | 0 | 16 | 0 | 26 | 0.42 |
| 7 | 0 | 17 | 0 | 27 | 0.01 |
| 8 | 0 | 18 | 0 | 28 | 0 |
| 9 | 0 | 19 | 0 | 29 | 0.08 |
| 10 | 0 | 20 | 0 | 30 | 0 |
| 11 | 0 | 21 | 0 | 2014 | |
| 12 | 0 | 22 | 0 | Oct | sum |
| 13 | 0 | 23 | 0 | 1 | 0 |
| 14 | 0 | 24 | 0 | 2 | 0 |
| 15 | 0 | 25 | 0 | 3 | 0 |
| 16 | 0 | 26 | 0 | 4 | 0 |
| 17 | 0 | 27 | 0 | 5 | 0 |
| 18 | 0 | 28 | 0 | 6 | 0 |
| 19 | 0 | 29 | 0 | 7 | 0 |
| 20 | 0 | 30 | 0.5 | 8 | 0 |
| 21 | 0 | 31 | 0 | 9 | 0.01 |
| 22 | 0 | 2014 | | 10 | 0.03 |
| 23 | 0.54 | Sep | sum | 11 | 0.36 |
| 24 | 0.01 | 1 | 0 | 12 | 0 |
| 25 | 0 | 2 | 0.03 | 13 | 0.21 |
| 26 | 0 | 3 | 0 | 14 | 0.28 |
| 27 | 0 | 4 | 0 | 15 | 0.32 |
| 28 | 0 | 5 | 0 | 16 | 0 |
| 29 | 0 | 6 | 0 | 17 | 0.06 |
| 30 | 0 | 7 | 0 | 18 | 0.08 |
| 31 | 0 | 8 | 0 | 19 | 0 |
| 2014 | | 9 | 0 | 20 | 0.29 |
| Aug | sum | 10 | 0 | 21 | 0.04 |
| 1 | 0 | 11 | 0 | 22 | 1.14 |
| 2 | 0 | 12 | 0 | 23 | 0.34 |
| 3 | 0 | 13 | 0 | 24 | 0.35 |
| 4 | 0 | 14 | 0 | 25 | 0.26 |

| Date | Precipitation (inches) | Date | Precipitation (inches) | Date | Precipitation (inches) |
|---|---|---|---|---|---|
| 26 | 0.15 | 4 | 0.03 | 14 | 0 |
| 27 | 0.02 | 5 | 0.1 | 15 | 0.28 |
| 28 | 0.51 | 6 | 0.19 | 16 | 0.02 |
| 29 | 0.08 | 7 | 0 | 17 | 1 |
| 30 | 0.48 | 8 | 0.27 | 18 | 0.18 |
| 31 | 0.66 | 9 | 0.43 | 19 | 0.04 |
| 2014 | | 10 | 0.58 | 20 | 0 |
| Nov | sum | 11 | 0.22 | 21 | 0 |
| 1 | 0.01 | 12 | 0.15 | 22 | 0.05 |
| 2 | 0.13 | 13 | 0 | 23 | 0.27 |
| 3 | 0.62 | 14 | 0 | 24 | 0.06 |
| 4 | 0.14 | 15 | 0 | 25 | 0 |
| 5 | 0.19 | 16 | 0.04 | 26 | 0 |
| 6 | 0.28 | 17 | 0.14 | 27 | 0 |
| 7 | 0 | 18 | 0.36 | 28 | 0 |
| 8 | 0 | 19 | 0.03 | 29 | 0 |
| 9 | 0.58 | 20 | 0.85 | 30 | 0 |
| 10 | 0 | 21 | 0.05 | 31 | 0 |
| 11 | 0 | 22 | 0.01 | 2015 | |
| 12 | 0 | 23 | 0.66 | Feb | sum |
| 13 | 0 | 24 | 0.22 | 1 | 0.15 |
| 14 | 0 | 25 | 0.01 | 2 | 0.18 |
| 15 | 0 | 26 | 0.01 | 3 | 0 |
| 16 | 0 | 27 | 0.19 | 4 | 0.34 |
| 17 | 0 | 28 | 0 | 5 | 0.72 |
| 18 | 0 | 29 | 0.02 | 6 | 0.38 |
| 19 | 0.07 | 30 | 0 | 7 | 0.88 |
| 20 | 0.07 | 31 | 0 | 8 | 0.12 |
| 21 | 0.55 | 2015 | | 9 | 0.25 |
| 22 | 0.27 | Jan | sum | 10 | 0.01 |
| 23 | 0.42 | 1 | 0 | 11 | 0 |
| 24 | 0.2 | 2 | 0.02 | 12 | 0.04 |
| 25 | 1.2 | 3 | 0.04 | 13 | 0 |
| 26 | 0.02 | 4 | 1.1 | 14 | 0.04 |
| 27 | 0.13 | 5 | 0.46 | 15 | 0 |
| 28 | 0.8 | 6 | 0 | 16 | 0 |
| 29 | 0.08 | 7 | 0.01 | 17 | 0 |
| 30 | 0 | 8 | 0 | 18 | 0 |
| 2014 | | 9 | 0 | 19 | 0.1 |
| Dec | sum | 10 | 0.11 | 20 | 0.04 |
| 1 | 0 | 11 | 0.06 | 21 | 0 |
| 2 | 0 | 12 | 0 | 22 | 0 |
| 3 | 0 | 13 | 0 | 23 | 0 |

8

| Date | Precipitation (inches) | Date | Precipitation (inches) | Date | Precipitation (inches) |
|---|---|---|---|---|---|
| 24 | 0 | 4 | 0 | 15 | 0 |
| 25 | 0.09 | 5 | 0 | 16 | 0 |
| 26 | 0.2 | 6 | 0.05 | 17 | 0 |
| 27 | 0.85 | 7 | 0.08 | 18 | 0 |
| 28 | 0 | 8 | 0.2 | 19 | 0 |
| 2015 | | 9 | 0 | 20 | 0 |
| Mar | sum | 10 | 0.26 | 21 | 0 |
| 1 | 0 | 11 | 0.08 | 22 | 0 |
| 2 | 0 | 12 | 0 | 23 | 0 |
| 3 | 0 | 13 | 0.26 | 24 | 0 |
| 4 | 0 | 14 | 0 | 25 | 0 |
| 5 | 0 | 15 | 0 | 26 | 0 |
| 6 | 0 | 16 | 0 | 27 | 0 |
| 7 | 0 | 17 | 0 | 28 | 0 |
| 8 | 0 | 18 | 0 | 29 | 0 |
| 9 | 0 | 19 | 0 | 30 | 0 |
| 10 | 0 | 20 | 0 | 31 | 0 |
| 11 | 0.07 | 21 | 0.01 | 2015 | |
| 12 | 0.01 | 22 | 0.01 | Jun | sum |
| 13 | 0.05 | 23 | 0.07 | 1 | 0.05 |
| 14 | 0.67 | 24 | 0.46 | 2 | 0.09 |
| 15 | 1.36 | 25 | 0.06 | 3 | 0 |
| 16 | 0 | 26 | 0.01 | 4 | 0 |
| 17 | 0.04 | 27 | 0.02 | 5 | 0 |
| 18 | 0 | 28 | 0.1 | 6 | 0 |
| 19 | 0 | 29 | 0 | 7 | 0 |
| 20 | 0.14 | 30 | 0 | 8 | 0 |
| 21 | 0.19 | 2015 | | 9 | 0 |
| 22 | 0.14 | May | sum | 10 | 0 |
| 23 | 0.22 | 1 | 0 | 11 | 0 |
| 24 | 0.26 | 2 | 0 | 12 | 0 |
| 25 | 0.18 | 3 | 0 | 13 | 0 |
| 26 | 0 | 4 | 0.01 | 14 | 0 |
| 27 | 0.17 | 5 | 0.09 | 15 | 0 |
| 28 | 0.01 | 6 | 0 | 16 | 0 |
| 29 | 0 | 7 | 0 | 17 | 0 |
| 30 | 0 | 8 | 0 | 18 | 0 |
| 31 | 0.08 | 9 | 0 | 19 | 0 |
| 2015 | | 10 | 0 | 20 | 0 |
| Apr | sum | 11 | 0.01 | 21 | 0 |
| 1 | 0.07 | 12 | 0.34 | 22 | 0 |
| 2 | 0 | 13 | 0.13 | 23 | 0 |
| 3 | 0.15 | 14 | 0.01 | 24 | 0 |

| Date | Precipitation (inches) | Date | Precipitation (inches) | Date | Precipitation (inches) |
|---|---|---|---|---|---|
| 25 | 0 | 3 | 0 | 13 | 0 |
| 26 | 0 | 4 | 0 | 14 | 0 |
| 27 | 0 | 5 | 0 | 15 | 0 |
| 28 | 0 | 6 | 0 | 16 | 0.09 |
| 29 | 0 | 7 | 0 | 17 | 0.21 |
| 30 | 0 | 8 | 0 | 18 | 0 |
| 2015 | | 9 | 0 | 19 | 0 |
| Jul | sum | 10 | 0.02 | 20 | 0.02 |
| 1 | 0 | 11 | 0 | 21 | 0 |
| 2 | 0 | 12 | 0 | 22 | 0 |
| 3 | 0 | 13 | 0 | 23 | 0 |
| 4 | 0 | 14 | 0.31 | 24 | 0 |
| 5 | 0 | 15 | 0 | 25 | 0.3 |
| 6 | 0 | 16 | 0 | 26 | 0 |
| 7 | 0 | 17 | 0 | 27 | 0 |
| 8 | 0 | 18 | 0 | 28 | 0 |
| 9 | 0 | 19 | 0 | 29 | 0 |
| 10 | 0 | 20 | 0 | 30 | 0 |
| 11 | 0 | 21 | 0 | 2015 | |
| 12 | 0 | 22 | 0 | Oct | sum |
| 13 | 0 | 23 | 0 | 1 | 0 |
| 14 | 0 | 24 | 0 | 2 | 0.04 |
| 15 | 0 | 25 | 0 | 3 | 0.04 |
| 16 | 0 | 26 | 0 | 4 | 0 |
| 17 | 0 | 27 | 0 | 5 | 0 |
| 18 | 0 | 28 | 0.03 | 6 | 0 |
| 19 | 0 | 29 | 1.01 | 7 | 0.29 |
| 20 | 0 | 30 | 0.66 | 8 | 0 |
| 21 | 0 | 31 | 0 | 9 | 0.03 |
| 22 | 0 | 2015 | | 10 | 0.46 |
| 23 | 0 | Sep | sum | 11 | 0 |
| 24 | 0 | 1 | 0.3 | 12 | 0 |
| 25 | 0 | 2 | 0.11 | 13 | 0.05 |
| 26 | 0.01 | 3 | 0.09 | 14 | 0 |
| 27 | 0 | 4 | 0 | 15 | 0 |
| 28 | 0 | 5 | 0 | 16 | 0 |
| 29 | 0 | 6 | 0.17 | 17 | 0.08 |
| 30 | 0 | 7 | 0.11 | 18 | 0.04 |
| 31 | 0 | 8 | 0 | 19 | 0.14 |
| 2015 | | 9 | 0 | 20 | 0 |
| Aug | sum | 10 | 0 | 21 | 0.01 |
| 1 | 0 | 11 | 0 | 22 | 0 |
| 2 | 0 | 12 | 0 | 23 | 0 |

10

| Date | Precipitation (inches) | Date | Precipitation (inches) | Date | Precipitation (inches) |
|---|---|---|---|---|---|
| 24 | 0 | 2 | 0.1 | 12 | 0.31 |
| 25 | 0.29 | 3 | 0.45 | 13 | 0.46 |
| 26 | 0.35 | 4 | 0.24 | 14 | 0 |
| 27 | 0 | 5 | 0.26 | 15 | 0.09 |
| 28 | 0.23 | 6 | 0.24 | 16 | 0.34 |
| 29 | 0.17 | 7 | 1 | 17 | 0.28 |
| 30 | 0.81 | 8 | 1.96 | 18 | 0.04 |
| 31 | 1.78 | 9 | 0.45 | 19 | 0.36 |
| 2015 | | 10 | 0.5 | 20 | 0.44 |
| Nov | sum | 11 | 0.07 | 21 | 0.68 |
| 1 | 0.5 | 12 | 0.58 | 22 | 0.18 |
| 2 | 0.13 | 13 | 0.09 | 23 | 0.77 |
| 3 | 0.01 | 14 | 0.06 | 24 | 0 |
| 4 | 0 | 15 | 0 | 25 | 0 |
| 5 | 0.03 | 16 | 0.11 | 26 | 0.04 |
| 6 | 0 | 17 | 0.97 | 27 | 0.5 |
| 7 | 0.17 | 18 | 0.78 | 28 | 0.68 |
| 8 | 0.23 | 19 | 0.07 | 29 | 0.24 |
| 9 | 0.03 | 20 | 0.13 | 30 | 0.12 |
| 10 | 0.01 | 21 | 0.99 | 31 | 0.02 |
| 11 | 0.16 | 22 | 0.3 | 2016 | |
| 12 | 0.13 | 23 | 0.29 | Feb | sum |
| 13 | 1.28 | 24 | 0.17 | 1 | 0 |
| 14 | 1.96 | 25 | 0.05 | 2 | 0.02 |
| 15 | 0.63 | 26 | 0 | 3 | 0.27 |
| 16 | 0.19 | 27 | 0.29 | 4 | 0.24 |
| 17 | 1.26 | 28 | 0.03 | 5 | 0.21 |
| 18 | 0.06 | 29 | 0 | 6 | 0.21 |
| 19 | 0.06 | 30 | 0 | 7 | 0 |
| 20 | 0 | 31 | 0 | 8 | 0 |
| 21 | 0 | 2016 | | 9 | 0 |
| 22 | 0 | Jan | sum | 10 | 0.04 |
| 23 | 0.08 | 1 | 0 | 11 | 0.48 |
| 24 | 0.22 | 2 | 0 | 12 | 0.34 |
| 25 | 0 | 3 | 0.01 | 13 | 0.5 |
| 26 | 0 | 4 | 0.32 | 14 | 0.22 |
| 27 | 0 | 5 | 0.16 | 15 | 0.1 |
| 28 | 0 | 6 | 0 | 16 | 0.07 |
| 29 | 0 | 7 | 0 | 17 | 0.39 |
| 30 | 0.01 | 8 | 0 | 18 | 0.1 |
| 2015 | | 9 | 0 | 19 | 0.35 |
| Dec | sum | 10 | 0 | 20 | 0.1 |
| 1 | 0.5 | 11 | 0.1 | 21 | 0.14 |

| Date | Precipitation (inches) | Date | Precipitation (inches) | Date | Precipitation (inches) |
|---|---|---|---|---|---|
| 22 | 0.15 | 1 | 0 | 12 | 0.08 |
| 23 | 0 | 2 | 0 | 13 | 0 |
| 24 | 0 | 3 | 0.15 | 14 | 0 |
| 25 | 0 | 4 | 0.16 | 15 | 0.04 |
| 26 | 0.2 | 5 | 0 | 16 | 0 |
| 27 | 0.36 | 6 | 0 | 17 | 0 |
| 28 | 0.57 | 7 | 0 | 18 | 0 |
| 29 | 0.12 | 8 | 0 | 19 | 0.02 |
| 2016 | | 9 | 0 | 20 | 0 |
| Mar | sum | 10 | 0 | 21 | 0.31 |
| 1 | 0.79 | 11 | 0 | 22 | 0.12 |
| 2 | 0.2 | 12 | 0.49 | 23 | 0 |
| 3 | 0.02 | 13 | 0.03 | 24 | 0 |
| 4 | 0.13 | 14 | 0.26 | 25 | 0 |
| 5 | 0.12 | 15 | 0 | 26 | 0 |
| 6 | 0.16 | 16 | 0 | 27 | 0 |
| 7 | 0.26 | 17 | 0 | 28 | 0.05 |
| 8 | 0.17 | 18 | 0 | 29 | 0.04 |
| 9 | 0.63 | 19 | 0 | 30 | 0 |
| 10 | 0.27 | 20 | 0.02 | 31 | 0 |
| 11 | 0.28 | 21 | 0.01 | 2016 | |
| 12 | 0.19 | 22 | 0.2 | Jun | sum |
| 13 | 0.31 | 23 | 0.15 | 1 | 0.03 |
| 14 | 0.6 | 24 | 0.35 | 2 | 0.04 |
| 15 | 0.01 | 25 | 0.01 | 3 | 0 |
| 16 | 0 | 26 | 0 | 4 | 0 |
| 17 | 0.16 | 27 | 0 | 5 | 0 |
| 18 | 0 | 28 | 0 | 6 | 0 |
| 19 | 0.02 | 29 | 0.01 | 7 | 0 |
| 20 | 0.16 | 30 | 0 | 8 | 0 |
| 21 | 0.22 | 2016 | | 9 | 0.07 |
| 22 | 0.03 | May | sum | 10 | 0.33 |
| 23 | 0.23 | 1 | 0 | 11 | 0.06 |
| 24 | 0.32 | 2 | 0 | 12 | 0 |
| 25 | 0 | 3 | 0 | 13 | 0.02 |
| 26 | 0.15 | 4 | 0 | 14 | 0.38 |
| 27 | 0.02 | 5 | 0 | 15 | 0.16 |
| 28 | 0 | 6 | 0 | 16 | 0 |
| 29 | 0 | 7 | 0 | 17 | 0.13 |
| 30 | 0 | 8 | 0 | 18 | 0.03 |
| 31 | 0 | 9 | 0 | 19 | 0 |
| 2016 | | 10 | 0 | 20 | 0.46 |
| Apr | sum | 11 | 0 | 21 | 0 |

| Date | Precipitation (inches) | Date | Precipitation (inches) | Date | Precipitation (inches) |
|---|---|---|---|---|---|
| 22 | 0 | Aug | sum | 10 | 0 |
| 23 | 0.22 | 1 | 0 | 11 | 0 |
| 24 | 0.02 | 2 | 0 | 12 | 0 |
| 25 | 0 | 3 | 0 | 13 | 0 |
| 26 | 0 | 4 | 0 | 14 | 0 |
| 27 | 0 | 5 | 0 | 15 | 0 |
| 28 | 0 | 6 | 0 | 16 | 0 |
| 29 | 0 | 7 | 0.12 | 17 | 0.42 |
| 30 | 0 | 8 | 0.03 | 18 | 0 |
| 2016 | | 9 | 0 | 19 | 0.14 |
| Jul | sum | 10 | 0 | 20 | 0 |
| 1 | 0 | 11 | 0 | 21 | 0 |
| 2 | 0 | 12 | 0 | 22 | 0 |
| 3 | 0 | 13 | 0 | 23 | 0.03 |
| 4 | 0 | 14 | 0 | 24 | 0 |
| 5 | 0 | 15 | 0 | 25 | 0 |
| 6 | 0 | 16 | 0 | 26 | 0 |
| 7 | 0.12 | 17 | 0 | 27 | 0.08 |
| 8 | 0.19 | 18 | 0 | 28 | 0 |
| 9 | 0.1 | 19 | 0 | 29 | 0 |
| 10 | 0.01 | 20 | 0 | 30 | 0 |
| 11 | 0 | 21 | 0 | 2016 | |
| 12 | 0 | 22 | 0 | Oct | sum |
| 13 | 0 | 23 | 0 | 1 | 0.03 |
| 14 | 0 | 24 | 0 | 2 | 0.13 |
| 15 | 0 | 25 | 0 | 3 | 0.05 |
| 16 | 0 | 26 | 0 | 4 | 0.09 |
| 17 | 0 | 27 | 0 | 5 | 0.11 |
| 18 | 0 | 28 | 0 | 6 | 0.15 |
| 19 | 0 | 29 | 0 | 7 | 0.16 |
| 20 | 0 | 30 | 0 | 8 | 0.19 |
| 21 | 0 | 31 | 0.04 | 9 | 0.27 |
| 22 | 0.19 | 2016 | | 10 | 0.01 |
| 23 | 0 | Sep | sum | 11 | 0 |
| 24 | 0 | 1 | 0.11 | 12 | 0 |
| 25 | 0 | 2 | 0.25 | 13 | 1.59 |
| 26 | 0 | 3 | 0 | 14 | 0.93 |
| 27 | 0 | 4 | 0 | 15 | 0.93 |
| 28 | 0 | 5 | 0.02 | 16 | 0.45 |
| 29 | 0 | 6 | 0.37 | 17 | 0.29 |
| 30 | 0 | 7 | 0.01 | 18 | 0.33 |
| 31 | 0 | 8 | 0.01 | 19 | 0.18 |
| 2016 | | 9 | 0 | 20 | 0.79 |

| Date | Precipitation (inches) | Date | Precipitation (inches) | Date | Precipitation (inches) |
|---|---|---|---|---|---|
| 21 | 0.28 | 2016 | | 9 | 0 |
| 22 | 0.02 | Dec | sum | 10 | 0.18 |
| 23 | 0.07 | 1 | 0.01 | 11 | 0 |
| 24 | 0.08 | 2 | 0.08 | 12 | 0 |
| 25 | 0.03 | 3 | 0.32 | 13 | 0 |
| 26 | 1.55 | 4 | 0.12 | 14 | 0 |
| 27 | 0 | 5 | 0.08 | 15 | 0 |
| 28 | 0.01 | 6 | 0.03 | 16 | 0 |
| 29 | 0.11 | 7 | 0 | 17 | 1.19 |
| 30 | 0.25 | 8 | 0.05 | 18 | 0.74 |
| 31 | 0.58 | 9 | 0.33 | 19 | 0.06 |
| 2016 | | 10 | 0.19 | 20 | 0 |
| Nov | sum | 11 | 0.12 | 21 | 0.07 |
| 1 | 0.12 | 12 | 0.07 | 22 | 0.01 |
| 2 | 0.36 | 13 | 0.01 | 23 | 0 |
| 3 | 0.01 | 14 | 0 | 24 | 0 |
| 4 | 0 | 15 | 0 | 25 | 0.04 |
| 5 | 1.38 | 16 | 0 | 26 | 0 |
| 6 | 0.01 | 17 | 0 | 27 | 0 |
| 7 | 0.05 | 18 | 0 | 28 | 0 |
| 8 | 0 | 19 | 0.55 | 29 | 0.01 |
| 9 | 0.09 | 20 | 0.03 | 30 | 0.01 |
| 10 | 0.01 | 21 | 0 | 31 | 0.01 |
| 11 | 0 | 22 | 0.17 | 2017 | |
| 12 | 0.03 | 23 | 0.54 | Feb | sum |
| 13 | 0.33 | 24 | 0 | 1 | 0 |
| 14 | 0.42 | 25 | 0 | 2 | 0 |
| 15 | 1.21 | 26 | 0.16 | 3 | 0.57 |
| 16 | 0.11 | 27 | 0.12 | 4 | 0.64 |
| 17 | 0 | 28 | 0 | 5 | 0.81 |
| 18 | 0 | 29 | 0.04 | 6 | 0.4 |
| 19 | 0.01 | 30 | 0 | 7 | 0 |
| 20 | 0.02 | 31 | 0.06 | 8 | 0.62 |
| 21 | 0.14 | 2017 | | 9 | 0.95 |
| 22 | 0.38 | Jan | sum | 10 | 0.11 |
| 23 | 0.14 | 1 | 0.17 | 11 | 0 |
| 24 | 0.89 | 2 | 0 | 12 | 0 |
| 25 | 0.02 | 3 | 0 | 13 | 0 |
| 26 | 0.34 | 4 | 0 | 14 | 0.24 |
| 27 | 0.28 | 5 | 0 | 15 | 1.15 |
| 28 | 0 | 6 | 0 | 16 | 0.85 |
| 29 | 0.02 | 7 | 0 | 17 | 0 |
| 30 | 0.16 | 8 | 0.34 | 18 | 0.32 |

14

| Date | Precipitation (inches) | Date | Precipitation (inches) | Date | Precipitation (inches) |
|---|---|---|---|---|---|
| 19 | 0.14 | 2017 | | 10 | 0 |
| 20 | 0.32 | Apr | sum | 11 | 0.46 |
| 21 | 0.26 | 1 | 0.1 | 12 | 0.19 |
| 22 | 0 | 2 | 0 | 13 | 0.1 |
| 23 | 0.01 | 3 | 0 | 14 | 0.26 |
| 24 | 0 | 4 | 0.17 | 15 | 0.33 |
| 25 | 0 | 5 | 0.38 | 16 | 0.27 |
| 26 | 0.26 | 6 | 0.14 | 17 | 0 |
| 27 | 0.14 | 7 | 0.07 | 18 | 0 |
| 28 | 0 | 8 | 0.1 | 19 | 0 |
| 2017 | | 9 | 0 | 20 | 0 |
| Mar | sum | 10 | 0.12 | 21 | 0 |
| 1 | 0.13 | 11 | 0 | 22 | 0 |
| 2 | 0.12 | 12 | 1.04 | 23 | 0 |
| 3 | 0.44 | 13 | 0.2 | 24 | 0 |
| 4 | 0.07 | 14 | 0.3 | 25 | 0 |
| 5 | 0.03 | 15 | 0.01 | 26 | 0 |
| 6 | 0.23 | 16 | 0 | 27 | 0 |
| 7 | 0.56 | 17 | 0.07 | 28 | 0 |
| 8 | 0.18 | 18 | 0.41 | 29 | 0 |
| 9 | 0.87 | 19 | 0.35 | 30 | 0 |
| 10 | 0.05 | 20 | 0.16 | 31 | 0.1 |
| 11 | 0.25 | 21 | 0 | 2017 | |
| 12 | 0 | 22 | 0.08 | Jun | sum |
| 13 | 0.59 | 23 | 0.15 | 1 | 0.09 |
| 14 | 0.44 | 24 | 0.09 | 2 | 0 |
| 15 | 0.85 | 25 | 0.06 | 3 | 0 |
| 16 | 0 | 26 | 0.06 | 4 | 0 |
| 17 | 0.5 | 27 | 0.12 | 5 | 0 |
| 18 | 0.49 | 28 | 0.02 | 6 | 0 |
| 19 | 0 | 29 | 0.23 | 7 | 0.02 |
| 20 | 0.06 | 30 | 0 | 8 | 0.41 |
| 21 | 0.26 | 2017 | | 9 | 0.16 |
| 22 | 0.05 | May | sum | 10 | 0 |
| 23 | 0.27 | 1 | 0.02 | 11 | 0 |
| 24 | 0.17 | 2 | 0.08 | 12 | 0 |
| 25 | 0.05 | 3 | 0.05 | 13 | 0 |
| 26 | 0.5 | 4 | 0.28 | 14 | 0 |
| 27 | 0.07 | 5 | 0.03 | 15 | 0.62 |
| 28 | 0.19 | 6 | 0 | 16 | 0.06 |
| 29 | 0.48 | 7 | 0 | 17 | 0.04 |
| 30 | 0 | 8 | 0 | 18 | 0.01 |
| 31 | 0 | 9 | 0 | 19 | 0 |